**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | No. 1:23-cv-1737 |
| *Plaintiffs*, | ) ) | Hon. Nancy L. Maldonado |
| *v.* | ) ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | ) | |

**PLAINTIFFS' MOTION FOR ADDITIONAL TIME TO FILE A
MOTION TO APPOINT A SPECIAL REPRESENTATIVE
<u>FOR DECEASED DEFENDANTS HALVORSEN AND DEGRAFF</u>**

Plaintiffs JUAN HERNANDEZ and ROSENDO HERNANDEZ, by their attorneys, respectfully move this Court for an extension of time up to and including June 30, 2023, to file their motion to appoint special representatives to defend this action as representatives of deceased Defendants Ernest Halvorsen and Robert DeGraff, stating as follows:

1.      Plaintiffs filed this lawsuit on March 21, 2023. Dkt. 1.

2.      On June 1, 2023, this Court ordered Plaintiffs to file a motion to appoint a special representative for deceased Defendants by June 15, 2023.

3.      Plaintiffs and Defendants have been negotiating an unopposed motion regarding the appointment of special representatives, and they expect to reach agreement, but it is necessary to communicate first with the heirs of Robert DeGraff. Plaintiff has provided defense counsel with information about those heirs, and defense counsel is discussing the issue of a special representative with them.

4.     The parties expect that by June 30, 2023, Plaintiffs will be in a position to file their unopposed motion regarding both deceased Defendants.

WHEREFORE, Plaintiffs respectfully request that the Court grant them an extension up to and including June 30 to file their motion to appoint special representatives.

RESPECTFULLY SUBMITTED,

/s/ Steve Art
*Counsel for Plaintiffs*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

Daniel J. Stohr
311 N. Aberdeen Street, 3rd Flr.
Chicago, IL  60607
312-726-1180
Dan@DanStohr.com

2

## CERTIFICATE OF SERVICE

I, Steve Art, an attorney, hereby certify that on June 22, 2023, I caused the foregoing motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Steve Art
*One of Plaintiffs' Attorneys*