# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | Case No. 23-cv-01737 |
| *Plaintiff*, | ) ) | Judge Jeremy C. Daniel |
| *v.* | ) ) | Magistrate Judge Heather K. McShain |
| REYNALDO GUEVARA, et. al | ) ) | **JURY TRIAL DEMANDED** |
| *Defendants*. | ) ) ) |  |

## NOTICE OF MOTION

TO: **All Counsel of Record**

PLEASE TAKE NOTICE that on July 20, 2023 at 9:00 a.m., the parties shall appear before Judge Daniel in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion to Appoint a Special Representative for Deceased Defendants Halvorsen and DeGraff**.**

Respectfully submitted,

s/ Steve Art

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Annie Prossnitz
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
steve@loevy.com

Daniel J. Stohr
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 726-1180
dan@danstohr.com