IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 23 C 1737 |
| v. | ) ) ) | Hon. Jeremy C. Daniel, District Judge |
| REYNALDO GUEVARA, *et al.*, | ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION TO CITE SUPPLEMENTAL AUTHORITY

Plaintiffs Juan and Rosendo Hernandez, by their attorneys, move to cite supplemental authority in support of Plaintiffs Motion to Compel Defendants to Proceed with Third-Party Depositions, Dkt. 83, stating as follows:

1. On December 6, 2023, Plaintiffs filed their Motion to Compel Defendants to Proceed with Third Party Depositions. Dkt. 83.

2. Counsel for Plaintiffs filed an identical motion in three related cases where the same disagreement regarding depositions arose: *Martinez v. Guevara, et al.*, 23 CV 1741, *Rivera v. Guevara, et al.*, 23 CV 1743, and *Flores v. Guevara, et al.*, 23 CV 1736.

3. On December 18, 2023, Defendants filed a Response to Plaintiffs' Motion to Compel and Cross Motion for Protective Order in each related case. Dkt. 89 (noting the same motion was also filed in *Martinez, Rivera,* and *Flores*). The Defendants also acknowledged that "the judges overseeing these cases may coordinate the general disposition of these motions[.]" *Id.*

4. On December 21, 2023, this Court held a hearing on the motion, Dkt. 94, and the parties submitted supplemental filings, Dkts. 93 & 95.

5. On January 2, 2024, in *Flores*, Judge Tharp granted Flores's Motion to Compel. *Flores v. Guevara, et al.*, 23 CV 1736, Dkt. 64 (attached as Exhibit A). Judge Tharp directed Defendants to provide dates on which the subpoenaed depositions of the two witnesses at issue in *Flores* could proceed, and ruled that the Flores may be the first to question those key witnesses at the scheduled depositions because Flores would be the first to call them in their case-in-chief at trial. *Id.* at 1-2. Further, Judge Tharp acknowledged that Defendants' proposed "draft" of witnesses across the related cases was an "arbitrary process . . . that would be a poor substitute for assessing the merits of competing claims for deposition priority." *Id.* at 2 n.1.

6. Accordingly, Plaintiffs direct the Court's attention to the *Flores* ruling on the identical matter at issue here. Plaintiffs emphasize that the issue of deposition priority remains the same here and requests that the Court rule in similar fashion.

WHEREFORE, Plaintiffs respectfully request that the Court grant this motion to supplement and apply the same reasoning as in *Flores* to Plaintiffs' pending Motion to Compel.

                        Respectfully submitted,

                        /s/ Steve Art
                        One of Plaintiffs' Attorneys

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

## **CERTIFICATE OF SERVICE**

I, Steve Art, an attorney, hereby certify that on January 4, 2024, I caused the foregoing motion to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Steve Art
*One of Plaintiffs' Attorneys*