IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | )<br>)<br>) No. 1:23-cv-1737 |
| *Plaintiffs*, | )<br>) Hon. Jeremy C. Daniel |
| *v.* | )<br>) Magistrate Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, | )<br>) |
| *Defendants*. | ) **JURY TRIAL DEMANDED** |

**PARTIES' AMENDED PROPOSED DISCOVERY SCHEDULE**

Pursuant to the Court's Order (Dkt. 94), the parties submit the following proposed amended discovery schedule:

Plaintiffs' Position:

1. Discovery in this case has been open since August 2023. The parties have exchanged written discovery, produced thousands of pages of documents, sent subpoenas to third parties, subpoenaed and noticed third-party depositions, and Plaintiffs have noticed Defendant depositions.

2. Plaintiffs propose that fact discovery should be set to close on March 29, 2024, that Plaintiffs disclose expert reports on April 22, 2024, and Defendants disclose experts on May 24, 2024.

3. Following the Court's ruling, Dkt. 98, Plaintiffs will question the following witnesses first, on the following dates, subject to witness availability when Plaintiffs contact the witnesses about compliance with pending subpoenas: Daniel Violante (February 2, 2024), Juan (Carlos) Cruz (February 6, 2024), Marybel (Gutierrez) Arroyo (February 9, 2024), Nancy

Gonzalez (February 19, 2024), Jesus Gonzalez (February 21, 2024), and Jose (Martin) Gonzalez (February 27, 2024).

Defendants' Position:

4. While the parties have exchanged written discovery, there are several deficiencies that Defendants will be addressing with Plaintiffs' responses, including interrogatory answers regarding the Defendant Officers' involvement and Plaintiffs' damages, as will be set forth in a detailed 37.2 letter. In addition, while Plaintiff has produced over 27,000 pages of records, none of those records were labeled in any way, no index was provided, nor did Plaintiff point Defendants to specific documents in response to Defendants' Request to Produce. As a result, Defendants are having to diligently sift through an extensive production of documents.

5. Since discovery opened, Defendants diligently requested central documents necessary to proceed with discovery. Some of those subpoenas remain outstanding, in particular, the Illinois Department of Corrections only partially responded to Defendants' subpoena. Defendants have been diligently following up with regards to missing records. In addition, Defendants are still waiting on supplemental responses to their subpoena from the Exoneration Project. This subpoena was served on October 18, 2023. On December 1, 2023, the Exoneration responded with a partial production and stated that, "This production is still ongoing as we are continuing a privilege review of certain files. We will supplement when that is complete." After following up on this subpoena, on January 10, 2024, the Exoneration Project stated they needed additional time based on an "additional privilege review in this matter that is ongoing." Defendants have requested a timeframe regarding what additional time is needed for this supplemental response but have not yet received a response. In addition, subpoenas remain outstanding to the following entities: Cook County Court Reporters (for transcripts from Plaintiffs' criminal proceedings which were requested in August 2023); Cook County Department of Corrections

(served August 29, 2023); Plaintiffs' defense attorney, Richard Beuke (issued for service on August 29, 2023); Plaintiff's defense attorney Gregory Swygert (issued for service on August 29, 2023); Plaintiffs' defense attorney Dennis Giovanni (issued for service on August 29, 2023). Defendants have been diligently following up on these outstanding subpoenas.

6. In addition, because Plaintiffs' criminal files were sealed, the parties had to file various motions to unseal Plaintiffs' criminal files. That motion was recently granted on December 20, 2023, and the parties are in the process of obtaining copies of this file.

7. Plaintiffs served Defendants Guevara, Bemis and Biebel with a notice of deposition for the first time on January 10, 2024, without consulting with Defendants regarding these dates. Defendants will have to consult with their clients regarding proposed dates for their depositions and confer with Plaintiffs regarding these depositions. Furthermore, the proposed dates for the above-mentioned witnesses in Plaintiffs' paragraph 3, are dates Plaintiffs have suggested without consulting the availability of defense counsel. Defendants will confer with Plaintiffs' counsel on agreeable dates for the witnesses listed in Plaintiffs' paragraph 3.

8. In addition, in their 26(a) Disclosures, Plaintiffs have disclosed approximately thirty-five non-party witnesses related to the underlying case, and Plaintiffs have further disclosed well *over* one-hundred Fed. R. Civ. P. 404(b) witnesses. Defendants have disclosed approximately thirty-two non-party witnesses (some which overlap with Plaintiffs' disclosures, and some that do not).

9. As a result of the above, Defendants respectfully propose the following amended discovery schedule: All non-*Monell* fact discovery completed by October 31, 2024; and *Monell* and expert discovery deadlines to be determined at the time fact discovery is closed.

10. Based on this Court's January 5, 2024, Order (Dkt .98), Defendants will be questioning the following witnesses first (which have previously been noticed/ subpoenaed): Fred Rock, Jondalyn Fields, Nelson Pacheco, Desiree Bandomo, Nicole Nathaniel, Rosa Solis, and Sophia Solis. Defendants will confer will all counsel as to dates all parties are available for these depositions to proceed.

DATED: January 10, 2024　　　　　　　　　RESPECTFULLY SUBMITTED,

/s/ Sean Starr
*Counsel for Plaintiffs*

Arthur Loevy
Jon Loevy
Steve Art
Anand Swaminathan
Sean Starr
Annie Prossnitz
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

/s/Theresa Carney
*Counsel for the City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren Ferrise
Jessica Zehner
Andrew J. Grill
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com

/s/Brian P. Gainer
*Counsel for Defendant Miedzianowski*

Johnson & Bell
33 West Monroe Street, Suite 2700
Chicago, IL 60603
(312) 984-0236
gainerb@jbltd.com

/s/ Timothy Scahill
*Attorney for Defendant Guevara*

Timothy Scahill
Steven B. Borkan
Whitney Hutchinson
Emily E. Schnidt
Misha Itchhaporia
Borkan & Scahill
20 S Clark St # 1700
Chicago, IL 60603
(312) 580-1030
tscahill@borkanscahill.com

/s/ Allison L. Romelfanger
*Counsel for Defendants Bemis, Biebel &*
*Yanow as Special Representative of*
*Halvorsen & DeGraff, deceased*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
Kyle T. Christie
Allison L. Romelfanger

4

Thomas Sotos
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM
141 West Jackson Blvd., Suite 1240 A
Chicago, IL 60604
(630) 735-3300
aromelfanger@jsotoslaw.com