IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | No. 1:23-cv-1737 |
| *v.* | ) ) ) | Hon. Jeremy C. Daniel |
| REYNALDO GUEVARA, *et al.*, | ) ) ) | |
| *Defendants*. | ) | |

**DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION
FOR ENTRY OF AGREED CONFIDENTIALITY PROTECTIVE ORDER**

Defendant City of Chicago, through its undersigned attorneys, moves this Honorable Court for entry of an Agreed Confidentiality Protective Order, and in support thereof, states:

1. The parties to this litigation agree that a Confidentiality Protective Order is necessary to facilitate the production of certain documents. The parties have conferred and agreed to the entry of the Northern District of Illinois Model Order with modifications particular to the type of discovery sought in this case. The modifications are reasonable and justified.

2. Furthermore, the modifications in the proposed Agreed Confidentiality Protective Order attached to this Motion as Exhibit A were previously litigated in front of this Court (Honorable District Court Judge Jeremy C. Daniel) in the case *Davila v. Guevara, et al.,* 23-CV-1739 (N.D. Ill.). (*See Davila* Dkt. 74, Plaintiff's Opposed Motion for Entry of Protective Order; Dkt. 83, City Defendants' Joint Response to Plaintiff's Motion for Entry of Protective Order; Dkt. 84, Plaintiff's Reply in Support of His Motion for Entry of Protective Order; Dkt. 85, Minute Order ruling on portions of the Motion for Entry of Protective Order; Dkt. 87, Parties' Proposed

Protective Order Submission; Dkt. 88, Court's Ruling Chart on the Parties' Proposed Protective Order Submission; Dkt. 92, Confidentiality Protective Order).

3. The law firms representing Plaintiffs here (Loevy & Loevy), Defendant City (Rock, Fusco, & Connelly), Defendant Guevara (Borkan & Scahill), and the remaining individual Defendant Officers (The Sotos Firm) are the same law firms representing the parties in *Davila*, and District Judge Daniel is overseeing both cases. Thus, the City proposed that the parties agree to the Confidentiality Order that was entered in *Davila* (*Davila* Dkt. 92) to avoid unnecessary litigation and promote efficiency and economy.

4. The parties have agreed to do so, and Plaintiff has asked the City to include the following statement in this Motion:

   a. Plaintiffs preserve the same objections to Defendants' proposed protective order as those lodged by the plaintiff in *Davlia v. Guevara*, No. 23 C 1739 (N.D. Ill.). However, given this Court's rulings on those issues in *Davlia*, Plaintiffs here will not re-litigate the same issues, and Plaintiffs therefore have no objection to the Court entering Defendants' proposed order.

5. Thus, given that the parties agree to the entry of the same confidentiality order as *Davila*, which was fully litigated in front of this same Court, with good cause having been found, the City moves that the same order attached as Exhibit A (with minor non-substantive changes to reflect the caption of the case and that the order is agreed) be entered here.

WHEREFORE, Defendant City of Chicago moves that this Honorable Court grant this Motion and enter the agreed confidentiality order attached hereto as Exhibit A, as well as any other relief this Court deems just and proper.

DATED: April 25, 2024                            Respectfully submitted,

*/s/ Austin G. Rahe*
*Counsel for the City of Chicago*

Eileen E. Rosen
Catherine M. Barber
Theresa B. Carney
Austin G. Rahe
Lauren Ferrise
Jessica Zehner
Special Assistant Corporation Counsel
Rock Fusco & Connelly, LLC
333 W. Wacker, 19th Floor
Chicago, Illinois 60606
(312) 494-1000
erosen@rfclaw.com
