**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | Case No. 23-CV-01737 |
| *Plaintiff*, | ) ) | Hon. Jeremy C. Daniel |
| v. | ) ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, | ) ) | **JURY DEMAND** |
| *Defendants.* | ) ) | |

**PLAINTIFFS' MOTION TO DEPOSE INCARCERATED DEFENDANT**

Plaintiffs Juan and Rosendo Hernandez, by and through their attorneys, Loevy & Loevy, and pursuant to Fed. R. Civ. P. 30(a)(2)(B), move for an order granting Plaintiffs leave to depose Defendant Miedzianowski who is currently incarcerated at Federal Correction Institution Pekin. In support thereof, Plaintiffs state as follows:

1. Plaintiffs filed this civil action on March 21, 2023 against Defendants Reynaldo Guevara, Joseph Miedzianowski, Joel Bemis, Robert Biebel, Geri Lynn Yanow—as the special representative of Ernest Halvorsen and Robert DeGraff, and the City of Chicago alleging violations of their constitutional rights during their wrongful arrest and prosecution for the 1997 murder of Jorge Gonzalez.

2. Defendant Joseph Miedzianowski was instrumental to Plaintiffs' wrongful conviction and subsequent incarceration. As part of his criminal enterprise, Defendant Miedzianowski decided to target Plaintiffs and directed other Defendant Officers to frame Plaintiffs for murder. *See* Amended Complaint, ¶¶ 6–9, 59–87, Dkt. 58.

3. As such, Defendant Miedzianowski has highly relevant information related to the claims and defenses in this lawsuit. Plaintiffs would thus like to take his deposition.

1

4. Defendant Miedzianowski is currently serving a life sentence in federal prison after being convicted on ten counts related to racketeering, conspiracy, and drug distribution. *See United States v. Miedzianowski*, Case No. 98 CR 923. Defendant Miedzianowski is currently incarcerated at Federal Correction Institution Pekin.

5. Accordingly, pursuant to Fed. R. Civ. P. 30(a)(2)(B), Plaintiffs respectfully request leave be granted to permit them to take the deposition of Defendant Miedzianowski and, in addition, request leave to record the deposition testimony of Miedzianowski by videotaping and court transcription, on a date mutually agreeable to all parties.

WHEREFORE, Plaintiffs respectfully request this Court issue an order granting them leave to depose Defendant Miedzianowski at Federal Correction Institution Pekin, for leave to record the deposition testimony of Miedzianowski by videotaping and court transcription, and for whatever additional relief this Court deems just.

Respectfully submitted,

**JUAN HERNANDEZ & ROSENDO HERNANDEZ**

By: /s/ Alyssa Martinez
*One of Plaintiffs' Attorneys*

Arthur Loevy
Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Quinn Rallins
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900
alyssa@loevy.com

>Daniel J. Stohr
>Attorney at Law
>222 North LaSalle Street
>Chicago, Illinois 60601

**CERTIFICATE OF SERVICE**

I, Alyssa Martinez, an attorney, hereby certify that a copy of the above document been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants effectively serving Defendants as per Fed. R. Civ. P. 5(b)(2)(E).

>/s/ Alyssa Martinez
>*One of Plaintiffs' Attorneys*