IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| | ) | No. 1:23-cv-1737 |
| *Plaintiffs*, | ) ) | |
| | ) | Hon. Jeremy C. Daniel |
| v. | ) ) | |
| | ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, | ) ) | |
| *Defendants*. | ) ) | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE REPLY**

Plaintiffs Juan and Rosendo Hernandez, by and through their attorneys, Loevy & Loevy, respectfully move this Court to extend the deadline for Plaintiffs' reply in support of their Motion to Quash, ECF. No. 126, up to and including Monday, October 21, 2024. In support, Plaintiffs state as follows:

1. Plaintiffs filed their Motion to Quash Defendants' Subpoenas to the Illinois Department of Corrections on September 18, 2024. ECF No. 126.

2. Defendants requested 21 days to file their response, and the response was filed on October 9, 2024. ECF No. 132.

3. Plaintiffs' reply is currently due on October 18, 2024. ECF No. 128.

4. Plaintiffs' counsel has worked diligently to complete and file the reply in support of their motion. However, due to other professional obligations, Plaintiffs require a small extension to the deadline for their reply.

5. As such, Plaintiffs respectfully request this Court grant a one-business-day extension for Plaintiffs to file their reply.

6.      This motion is not made for purposes of delay, will not unduly prejudice any of the parties, and Plaintiffs request this extension in good faith.

7.      Plaintiffs' counsel conferred with Defendants about the motion, and they do not oppose this extension.

WHEREFORE, Plaintiffs respectfully request that this Court grant them an extension up to and including Monday, October 21, 2024 to file their reply and any other relief this Court deems just.

RESPECTFULLY SUBMITTED,

**JUAN HERNANDEZ & ROSENDO HERNANDEZ**

BY:     /s/ Alyssa Martinez
*Attorney for Plaintiffs Hernandez*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Quinn Rallins
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

## CERTIFICATE OF SERVICE

I, Alyssa Martinez, an attorney, certify that on October 18, 2024, I caused the foregoing document to be filed using the Court's CM/ECF System which affected service upon all counsel of record.

/s/ Alyssa Martinez
*One of Plaintiffs' Attorneys*