**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| | ) | No. 1:23-cv-1737 |
| *Plaintiffs*, | ) ) | |
| | ) | Hon. Jeremy C. Daniel |
| *v.* | ) ) | |
| | ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, | ) ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT**

Pursuant to this Court's order, ECF No. 131, the undersigned parties provide the below update on outstanding documents pursuant to Plaintiffs' motion to compel, ECF No. 121.

1. On September 12, 2024, Plaintiffs sent a letter to Defendant City of Chicago ("the City") identifying outstanding documents and asking the City to either produce those documents or confirm that it possessed no further responsive documents. On October 4, 2024, the City made a supplemental production of 156 pages of records. On October 8, 2024, this Court continued the motion to compel and ordered the parties to submit a joint status report outlining the remaining outstanding documents.

2. The following categories of documents remain outstanding:

- **Category 1 – All physical evidence, and documents that constitute records of physical evidence, related to the Gonzalez murder investigation (First Request Nos. 8-9):** The City made a supplemental production but has yet to confirm that there are no further responsive records.

  **City's Response:** The City produced the CLEAR reports (bates RFC-Hernandez 3241-3270) that establish the chain of custody for the physical evidence related to the Gonzalez homicide investigation. As the City has repeatedly made clear, it will not produce any impounded evidence without Court Order.

- **Category 2 – Investigation of misconduct (First Request Nos. 10, 26):** The City indicated in Court that it still has responsive Complaint Registers pertaining to this case and that it would be producing them.

  **City's Response:** The City produced an additional fourteen CR Files on Friday, October 18. It expects to produce additional CR Files today with the remaining production to be completed by the end of the week. The City also produced the results of its search for all Defendant Officers' enrollment in the Non-Disciplinary Intervention (NDI), Behavioral Intervention System (BIS), and/or Personnel Concerns Program (PCP) (bates RFC-Hernandez 6455, 6456-6486, 9457).

- **Category 3 – Plaintiffs' arrest records (First Request Nos. 15-16):** The City stated in Court that it had produced all responsive documents.

Specific to Category 3, Plaintiffs identified documents produced by Defendant Officers responsive to this request that had not been produced by the City. Plaintiffs thus requested the City detail what efforts it took to find responsive records, but the City did not respond. To the extent the City has any other responsive records, or versions of records that differ from those already produced in this case and identified in Plaintiffs' September 12, 2024 correspondence, those documents are outstanding along with a confirmation that the City has no further responsive records.

  **City's Response:** The City and/or Defendant Officers have produced all Plaintiffs' arrest records related to the underlying case. The City has also produced Plaintiffs' IR jackets. The City has ordered all arrest reports from all arrests listed on both Plaintiffs' criminal histories and will produce upon receipt.

- **Category 4 – Criminal records (including IR jackets) of identified individuals (First Request Nos. 17-20):** The City has indicated it has outstanding criminal records and IR jackets pertaining to the identified witnesses and would be producing those documents. Plaintiffs also requested the City confirm whether it possesses any further responsive documentation.

  **City's Response:** On October 18, 2024, the City produce 18 IR jackets (including Plaintiffs). There are 7 IR jackets that the City is confirming do not exist. There are 7 individuals that the City cannot identify based upon the information the City has regarding these individuals, and the Parties will confer further to identify those individuals.

2

- **Category 5 – Personnel files (First Request No. 27):** The City has made a supplemental production but has not yet confirmed whether it has possession, custody, or control over additional responsive documents.

    **City's Response:** There are two personnel files that the City cannot locate. Once the investigation for both personnel files is complete, the City will produce a No Record response.

- **Category 6 – As-yet-unproduced documents, including (1) any not-yet produced documentation of requesting photographs for an array or lineup; (2) any not-yet produced documentation of communications between Defendants and any of the six witnesses (Marybel Arroyo, Nancy Gonzalez, Jose Gonzalez, Jesus Gonzalez, Juan Carlos Cruz, and Daniel Violante); (3) pages 1-4 of the gang nickname database (RFC Hernandez 103) (4) any telephone control logs from 1994 to 1999 (and any corresponding retention schedule); (5) any documentation from the crime lab related to this case; and (6) any investigative alert that was made during the course of this investigation (First Request No. 7):** The City has not yet confirmed whether it has possession, custody, or control over additional responsive documents.

    **City's Response**:
    1) The City has located no additional documents;
    2) The City has located no additional documents;
    3) The City has located no additional documents;
    4) The City has located no additional documents;
    5) The City produced documents at bates RFC-Hernandez 6453-54;
    6) The City has located no additional documents.

- **Category 7 – Documents concerning any investigation or prosecution of Defendant Miedzianowski (Second Request Nos. 1-5):** The City has not made any supplemental production since Plaintiffs' filing of their motion to compel nor has it confirmed whether it has possession, custody, or control over additional responsive documents.

    **City's Response:** The City has, to date, produced some of the CR investigations related to Defendant Miedzianowski. The remaining CR investigations that the City has located will be produced by the end of the week. As the City stated in Court, the City did not prosecute Defendant Miedzianowski, the DOJ did, as such the City does not possess documents related to the prosecution *per se*. The City will be producing a CR that is related to the criminal prosecution and that contains some materials that appear to be generated by the DOJ.

- **Category 8 –** *Klipfel, et al. vs. Bentsen, et al.*, **1:94-cv-06415 (N.D. Ill.) documents (Second Request Nos. 6-7):** The City has not made any supplemental production since Plaintiffs' filing of their motion to compel nor has it confirmed whether it has possession, custody, or control over additional responsive documents.

    **City's Response:** The City has one additional document to produce which it will produce today. To be clear, the City did not download all publicly available documents from CM/ECF system which is equally available to Plaintiffs' counsel.

RESPECTFULLY SUBMITTED,

/s/ Alyssa Martinez
**Attorney for Plaintiffs**

Jonathan I. Loevy
Steven E. Art
Anand Swaminathan
Sean Starr
Alyssa Martinez
Quinn Rallins

Loevy & Loevy
311 North Aberdeen St,
Chicago, IL 60607
(312)243-5900
alyssa@loevy.com

/s/ Krystal Gonzalez
**Attorney for Reynaldo Guevara**

Timothy P. Scahill
Steven B. Borkan
Misha Itchhaporia
Graham P. Miller
Emily E. Schnidt
Whitney N. Hutchinson
Molly Boekeloo
Krystal Gonzalez

Borkan & Scahill, Ltd
20 S. Clark Street, Suite 1700
Chicago, IL 60603
(312)580-1030
kgonzalez@borkanscahill.com

/s/ Eileen Rosen
**Attorney for City of Chicago**

Eileen E. Rosen
Catherine Barber
Theresa Carney
Kelly Krauchen
Austin Rahe
Andrew Grill
Jessica Zehner
Lauren Ferrise

/s/ Allison Romelfanger
**Attorney for Defendants Geri Yanow, as Special Representative of Ernest Halvorsen, deceased, and Robert DeGraff, deceased, Robert Biebel, and Joel Bemis**

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
Allison L. Romelfanger
Kyle T. Christie

Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
(312) 494-1000
erosen@rfclaw.com

THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
P: (630) 735-3300
aromelfanger@jsotoslaw.com

/s/ Brian Gainer
**Attorney for Joseph Miedzianowski**

Brian P. Gainer
Lisa M. McElroy

Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-372-0770
gainerb@jbltd.com