IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| | ) | No. 1:23-cv-1737 |
| *Plaintiffs*, | ) ) | |
| | ) | Hon. Jeremy C. Daniel |
| v. | ) ) | District Judge |
| | ) | |
| REYNALDO GUEVARA, *et al.*, | ) ) | Hon. Heather K. McShain Magistrate Judge |
| *Defendants*. | ) ) | |
| | ) | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO DEPOSE INCARCERATED WITNESS**

NOW COME Plaintiffs, Juan and Rosendo Hernandez, by and through their attorneys, Loevy & Loevy, and pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), move this Court for leave to depose an incarcerated witness, and in support state as follows:

1. This case concerns the wrongful conviction of Plaintiffs for a murder they did not commit.

2. Plaintiffs' counsel seek to depose a witness, Nelson Pacheco, who is currently incarcerated.

3. Federal Rule of Civil Procedure 30(a)(2)(B) requires that leave of court be given to depose witnesses who are incarcerated.

4. Nelson Pacheco (Booking Number 20240509113) is currently incarcerated at Cook County Jail in Chicago, Illinois.

1

5. Pacheco was present for the admission of the real perpetrator of the Gonzalez homicide and is critical to Plaintiffs' case-in-chief for demonstrating the identifications of Plaintiffs were false.

6. If this motion is granted, Plaintiffs' counsel will work cooperatively with Cook County Jail staff and counsel for Defendants to ensure that this deposition takes place at a time and in a manner that is mutually convenient for all.

7. Plaintiffs' counsel conferred with Defendants about this motion, and they have no objection.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting leave to depose incarcerated witness Nelson Pacheco, for leave to record the deposition testimony of Pacheco by videotaping and court transcription, and for whatever additional relief this Court deems just.

RESPECTFULLY SUBMITTED,

/s/ Quinn K. Rallins
*Counsel for Plaintiffs*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Quinn Rallins
LOEVY & LOEVY
311 N. Aberdeen
Chicago, Illinois 60607
(312) 243-5900

## **CERTIFICATE OF INNOCENCE**

I, Alyssa Martinez, an attorney, hereby certify that the foregoing document was served on all counsel of record through the CM/ECF system.

/s/ Alyssa Martinez
*Counsel for Plaintiffs*