*Juan Hernandez and Rosendo Hernandez v. Reynaldo Guevara, et al.,*
23 CV 01737

# EXHIBIT 1

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA





schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1       IN THE UNITED STATES DISTRICT COURT

2     FOR THE NORTHERN DISTRICT OF ILLINOIS

3           EASTERN DIVISION

4       THE HON. JEREMY C. DANIEL

5           DISTRICT JUDGE

6       HON HEATHER K. MCSHAIN

7         MAGISTRATE JUDGE

8       CASE NO. 23-CV-1737

9

10     JUAN HERNANDEZ AND ROSENDO

11         HERNANDEZ,

12         Plaintiffs

13

14           V.

15

16     REYNALDO GUEVARA, ET AL.,

17         Defendants.

18

19

20

21

22

23  DEPONENT:  JUAN CRUZ

24  DATE:     SEPTEMBER 17, 2024

25  REPORTER:  STEFFI CORNEJO



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 2

```
 1                    APPEARANCES
 2
 3   ON BEHALF OF THE PLAINTIFFS, JUAN HERNANDEZ AND
 4   ROSENDO HERNANDEZ:
 5   Steve Art, Esquire
 6   Quinn Rallins, Esquire
 7   Loevy & Loevy
 8   311 North Aberdeen
 9   Floor 3
10   Chicago, Illinois 60607
11   Telephone No.: (312) 243-5900
12   E-mail: steve@lovey.com
13           rallins@lovey.com
14
15   ON BEHALF OF THE DEFENDANTS, GERI LYNNA YANOW, JOEL
16   BEMIS, ROBERT DEGRAFF, AND ROBERT BIEBEL:
17   Allison L. Romelfanger, Esquire
18   The Sotos Law Firm, P.C.
19   141 West Jackson Boulevard
20   Suite 1240A
21   Chicago, Illinois 60604
22   Telephone No.: (630) 735-3315
23   E-mail: aromelfanger@jsotoslaw.com
24
25
```

Page 4

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, REYNALDO GUEVARA:
 4   Molly Boekeloo, Esquire
 5   Borkan & Scahill, LTD
 6   20 South Clark Street
 7   Suite 1700
 8   Chicago, Illinois 60603
 9   Telephone No.: (312) 580-1030
10   E-mail: mboekeloo@borkanscahill.com
11   (Appeared via videoconference)
12
13   ON BEHALF OF THE DEFENDANT, JOSEPH MIEDZIANOWSKI:
14   Lisa McElroy, Esquire
15   Johnson & Bell
16   33 West Monroe Street
17   Suite 2700
18   Chicago, Illinois 60603
19   Telephone No.: (312) 984-3422
20   E-mail: mcelroyl@jbltd.com
21   (Appeared via videoconference)
22
23   Also Present: Taylor Welsh, Videographer
24
25
```

Page 3

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, CITY OF CHICAGO:
 4   Theresa Carney, Esquire
 5   Kelly Krauchun, Esquire (Appeared via videoconference)
 6   Sabrina Scardamaglia, Esquire (Appeared via
 7   videoconference)
 8   Rock Fusco & Connelly, LLC
 9   333 West Wacker
10   19th Floor
11   Chicago, Illinois 60606
12   Telephone No.: (312) 494-1000
13   E-mail: tcarney@rfclaw.com
14           kkrauchun@rfclaw.com
15           sscardamaglia@rfclaw.com
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1                     INDEX
 2                                              Page
 3   PROCEEDINGS                                  7
 4   DIRECT EXAMINATION BY MR. ART                8
 5
 6                   EXHIBITS
 7   Exhibit                                     Page
 8   1 - Handwritten Supplementary Report         11
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
— COURT REPORTERS —

Page 6
```
 1                    STIPULATION
 2
 3   The VIDEO deposition of JUAN CRUZ was taken at THE
 4   COURTYARD MARRIOTT, 275 KNOLLWOOD DRIVE, BLOOMINGDALE,
 5   ILLINOIS 60108, on TUESDAY the 17TH day of SEPTEMBER
 6   2024 at 12:07 p.m. (CT); said VIDEO deposition was taken
 7   pursuant to the FEDERAL Rules of Civil Procedure.
 8
 9   It is agreed that STEFFI CORNEJO, being a Notary Public
10   and Digital Reporter for the State of ILLINOIS, may
11   swear the witness.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 7
```
 1                   PROCEEDINGS
 2
 3       THE VIDEOGRAPHER:  My name is Taylor Welsh, the
 4   videographer today, and Steffi Cornejo is the court
 5   reporter.  Today is the 17th of September 2024.  The
 6   time is 12:07 p.m.  We are at the Courtyard Marriott
 7   to take the deposition of Juan Carlos Cruz in the
 8   matter of Juan Hernandez and Rosendo Hernandez v.
 9   Reynaldo Guevara, et al., pending in the United
10   States District Court for the Northern District of
11   Illinois Eastern Division, Case number 23-CV-1737.
12   Will Counsel please identify themselves for the
13   record?
14       MR. ART:  Steve Art for the plaintiffs, Juan
15   and Rosendo Hernandez.
16       MS. ROMELFANGER:  Allison Romelfanger for the
17   defendant officers, other than Defendant Guevara.
18       MS. CARNEY:  Theresa Carney on behalf of the
19   City of Chicago.
20       MS. BOEKELOO:  Molly Boekeloo on behalf of
21   Defendant Guevara.
22       MS. MCELROY:  Lisa McElroy on behalf of
23   defendant Miedzianowski.
24       MR. ART:  That's it.
25       THE VIDEOGRAPHER:  Perfect.  And then,
```

Page 8
```
 1   Mr. Cruz, will you please raise your right hand for
 2   the court reporter?
 3       THE REPORTER:  Do you solemnly swear or affirm
 4   that the testimony you're about to give will be the
 5   truth, the whole truth, and nothing but the truth?
 6       THE WITNESS:  Yes.
 7       THE REPORTER:  You may begin.
 8       MR. ART:  Could you-all on Zoom please mute
 9   just so that we're not getting that noise?
10              DIRECT EXAMINATION
11   BY MR. ART:
12       Q.   Thanks for joining us today, Mr. Cruz.
13   Appreciate your time.  Have you given a deposition in a
14   civil case before?
15       A.   No.
16       Q.   Okay.  Let me go over some of the ground
17   rules.  The attorneys are going to ask you questions.
18   To make a clear record for the court reporter, I would
19   just ask that you wait until the end of the question
20   before you start your answer, and we will wait until
21   you're done talking to ask another question, fair?
22       A.   Fair.
23       Q.   Attorneys may make objections just for the
24   record.  There's no judge here to rule on them.  So if
25   you hear an objection, unless somebody instructs you
```

Page 9
```
 1   otherwise for some reason, you should answer the
 2   question after the objection, okay?  Fair?
 3       A.   Fair.  Yeah.
 4       Q.   We ask that you give verbal answers instead of
 5   just --
 6       A.   Nodding my head.
 7       Q.   -- moving your head sort of thing and nodding
 8   your head.  Sound good?
 9       A.   Okay.  Yeah.
10       Q.   Okay.  If you need a break at any time, just
11   let us know.  You're entitled to as many breaks as you
12   want.
13       A.   Okay.
14       Q.   The only thing we would ask is that if there's
15   a question pending, you answer the question before you
16   take a break, okay?
17       A.   Okay.
18       Q.   If we ask you a question and you answer it,
19   we're going to assume you understood it, okay?
20       A.   Right.
21       Q.   And if you don't understand the question,
22   please ask us to clarify or correct it.
23       A.   Okay.
24       Q.   Fair?
25       A.   Yep.
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

**502.589.2273 Phone**
**502.584.0119 Fax**
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 10

1    Q.   Okay.  I have to ask a couple slightly
2  invasive questions.  Are you on any medication or do you
3  have any medical condition that affects your memory?
4    A.   No.
5    Q.   Are you on any medication or have any medical
6  condition that might affect your ability to give
7  truthful and accurate testimony today?
8    A.   No.
9    Q.   Okay.  We are here to talk about a crime that
10  you were a victim of, and I'm sorry that we have to get
11  deep into the details again for the civil case.  So I
12  appreciate your patience with us as we talk through it,
13  okay?  Sir, do you recall being outside 2208 North
14  Mobile on June 27th, 1997, as you sit here today in this
15  room?
16    A.   Yes.
17       MS. ROMELFANGER:  Objection to form.
18  BY MR. ART:
19    Q.   You were a victim of a crime that evening,
20  correct?
21    A.   Yes.
22    Q.   You were shot in the leg, correct?
23    A.   Yes.
24    Q.   That was a traumatic experience for you; was
25  it not?

Page 11

1    A.   Yes.
2    Q.   Do you know how many perpetrators walked up to
3  you at 2208 North Mobile that evening?
4    A.   I remember three.
5    Q.   Do you know whether it was two, three, or four
6  perpetrators?
7    A.   I just said I remember three.
8    Q.   On the night of the crime, you told police
9  there were four men, correct?
10       MS. ROMELFANGER:  Objection to form.
11       THE WITNESS:  I -- I said I remember three.  So
12    then I don't remember saying that to them.
13  BY MR. ART:
14    Q.   Okay.
15    A.   I may have, but I remember to this day, almost
16  30 years later, I remember three.
17    Q.   Okay.  So you don't know whether or not you
18  told the police it was four guys the night of the crime?
19    A.   I don't remember it.
20    Q.   Okay.  Let me show you what we've marked as
21  Exhibit 1, which is a handwritten statement -- or strike
22  that, please.  Let me show you what we've marked as
23  Exhibit 1, which is a handwritten supplementary report
24  by officers who responded on the night of the shooting.
25  Okay.  Mr. Cruz showing you what's marked --

Page 12

1       (EXHIBIT 1 MARKED FOR IDENTIFICATION)
2       MS. CARNEY:  Steve, sorry, I'll give you my
3    copy back.
4       MR. ART:  Got mine, Allison?
5       MS. ROMELFANGER:  Yeah.  Same thing.
6  BY MR. ART:
7    Q.   Okay.  Mr. Cruz, showing you what has been
8  marked as Exhibit 1.  This is a handwritten
9  supplementary report by officers who responded on the
10  night of the shooting and it bears Bates stamps for the
11  record, CCSAO 2016 and 2017.  Do you have that document
12  in front of you?
13    A.   Yes.
14    Q.   It discusses how you were treated at our ███
███████████████████; is that correct?
16    A.   Yes.
17    Q.   And that you sustained a singular gunshot
18  wound to your lower right leg, correct?
19    A.   It was from my waist down.
20    Q.   Okay.  But it was on your leg?
21    A.   Yeah, it was on my right leg.
22    Q.   Got you.  It says, "Victim related he and
23  Jungle, Nancy, Marabel, Chewe, Congo, were all sitting
24  on a porch at above," the above address, which is 2208
25  North Mobile, "when four guys walking northbound on

Page 13

1  Mobile from Palmer Street were yelling disciple."  Do
2  you see that?
3    A.   Yep.
4    Q.   Do you dispute that you told the police
5  officers who first --
6    A.   No.
7    Q.   -- interviewed you that you said there were
8  four guys walking northbound?
9    A.   No.
10    Q.   You do not dispute that, correct?
11    A.   No.
12    Q.   Okay.  And then above you see you've provided
13  descriptions to them of four offenders in the offender
14  boxes 1, 2, 3, 4.  Do you see that?
15    A.   Uh-huh.
16    Q.   Okay.  Do you know, as you sit here today,
17  whether there were four people or three people?
18       MS. ROMELFANGER:  Objection.  Asked and
19    answered.
20       THE WITNESS:  I -- I answered that question.  I
21    answered that two times already.
22  BY MR. ART:
23    Q.   Okay.  Why'd you tell the police there were
24  four people?
25    A.   Because that was 30 years ago.  I don't

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 14

1  remember it now, 30 years later.
2    Q.  Okay.  So you don't remember now, 30 years
3  later, how many people --
4    A.  How many people?  Correct.
5    Q.  Okay.  So back at the time that you talked to
6  the police at the -- on the night of, your memory was --
7    A.  That was true.  That was truthful, yeah.
8    Q.  Correct.  Okay.  So you told the police the
9  truth when you said there were four guys?
10    A.  I'm not telling a lie now.  I'm telling you
11  that I don't remember now if there was three or four.
12    Q.  Okay.
13    A.  I don't remember three or four.
14    Q.  Understood.  But at the time that you told the
15  police back in 1997 that there were four guys, that was
16  truthful, correct?
17    A.  Correct.
18    Q.  At the criminal trial two years later,
19  Mr. Rosendo's case, you testified that there were three
20  perpetrators who approached you.  Correct?
21    A.  Okay.  If that's what it says.
22    Q.  Do you recall your testimony?
23    A.  Yeah.  Okay.  I guess.  I don't really recall
24  too much about the trial.  I recall about that night.
25    Q.  Okay.

Page 15

1    A.  That night, I will never forget.
2    Q.  But you just said you don't recall how many
3  people were there that night?
4        MS. ROMELFANGER:  Objection.  Form.
5        THE WITNESS:  I'm not going to argue with you.
6        MS. CARNEY:  Sorry, Mr. Cruz, but...
7        THE WITNESS:  I'm not going to -- I'm not going
8    to -- listen, I'm going to tell you guys right now.
9    I'm not going back and forth.  I'm not arguing with
10    you.  Get to your point.  If not, I walk out now and
11    we figure it out later on because I'm not going to
12    sit here and get upset.  I'm doing you guys a favor.
13    I can care less what you guys do.  I'm not going
14    back and forth.  Don't try and -- 30 years later to
15    what happened 30 years ago.  I'm giving you my
16    honest truth.  Don't go back and forth, asking me
17    the same question because I'm going to leave.  I
18    answered the way I want -- that the way that I
19    remember now.
20  BY MR. ART:
21    Q.  Okay.  I'm just asking you to clarify.
22    A.  I can't do this, dude.  You guys figure it
23  out. Take me to court.  Lock me up.  I don't care.  I'm
24  not fucking doing this again.  Can't.  I tried.  Can't
25  do it.

Page 16

1        THE REPORTER:  Would you like to say something
2  for the record?
3        MR. ART:  Yeah.  Let's let the record reflect
4  that after saying that, the witness exited the
5  conference room.
6        MS. ROMELFANGER:  That's true, correct.  He
7  left.
8        MS. CARNEY:  He has left.
9        MR. ART:  I will -- let's -- I will suggest to
10  all counsel that we go off the record for a moment.
11        MS. BOEKELOO:  Before we do that, Sean, I'd
12  like to add on the record.  This is Molly Boekeloo,
13  on behalf of Defendant Guevara.  I'd like to state
14  on the record that Plaintiff's counsel was asking
15  this witness questions in an argumentative and
16  harassing manner and which led to the witness
17  leaving the deposition.
18        MR. ART:  So you know, in response to that, the
19  video record will reflect the questions asked and
20  answered.  But with that, can we go off the record
21  and discuss next steps?
22        THE VIDEOGRAPHER:  We are now off the record.
23  The time is 12:16 p.m.
24        (OFF THE RECORD)
25        THE VIDEOGRAPHER:  We are back on the record

Page 17

1  for the deposition of Juan Cruz.  Today is September
2  17th, 2024, and the time is 12:22 p.m.
3        MR. ART:  So we went on the record about 12:08.
4  The witness left four or five minutes later.  We,
5  counsel for Defendants and Plaintiff, checked the
6  parking lot and indeed the witness did leave the
7  premises and is no longer here.  It is now 12:24 and
8  there is no sign of the witness.  Plaintiff's
9  position is that we are going to need to seek the
10  court's assistance in compelling the attendance of
11  this witness at the deposition and perhaps even that
12  the deposition will need to take place at the
13  courthouse.  The defendants want to state their
14  current position, and we're going to continue to
15  confer with defendants about whether or not we're
16  going to jointly ask for the court's assistance or
17  if defendants have another position, they'll let us
18  know the later time.  Is that a fair summary?
19        MS. ROMELFANGER:  That's fair.
20        MS. CARNEY:  That's fair.
21        MR. ART:  Fair for Guevara?
22        MS. BOEKELOO:  Yes.
23        MR. ART:  Okay.  With that, I think we're done
24  for the day.
25        THE VIDEOGRAPHER:  We are now off the record.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1  The time is 12:24 p.m.

2      (DEPOSITION CONCLUDED AT 12:23 P.M. CT)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 19

1          CERTIFICATE OF DIGITAL REPORTER

2               STATE OF ILLINOIS

3

4   I do hereby certify that the witness in the foregoing

5   transcript was taken on the date, and at the time and

6   place set out on the Title page here of by me after

7   first being duly sworn to testify the truth, the whole

8   truth, and nothing but the truth; and that the said

9   matter was recorded digitally by me and then reduced to

10  type written form under my direction, and constitutes a

11  true record of the transcript as taken, all to the best

12  of my skill and ability. I certify that I am not a

13  relative or employee of either counsel, and that I am in

14  no way interested financially, directly or indirectly,

15  in this action.

16

17                    OFFICIAL SEAL
                      STEFFI CORNEJO
18                Notary Public, State of Illinois
                     Commission No. 991121
19               My Commission Expires May 21, 2028

20  *Steffi Cornejo*

21

22  STEFFI CORNEJO,

23  DIGITAL REPORTER / NOTARY

24  MY COMMISSION EXPIRES ON:  05/21/2028

25  SUBMITTED ON:  09/20/2024



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JUAN CRUZ, taken on September 17, 2024



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com