**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, ) ) ) *Plaintiffs*, ) ) *v.* ) ) REYNALDO GUEVARA, *et al.*, ) ) *Defendants*. ) | No. 1:23-cv-1737 <br><br> Hon. Jeremy C. Daniel <br><br> Magistrate Heather K. McShain <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR ONE-DAY EXTENSION TO FILE RESPONSE**

Plaintiffs Juan Hernandez and Rosendo Hernandez, by their attorneys, Loevy & Loevy, respectfully move this Court for a one-day extension to file their response to Defendants' Partially Opposed Motion to Extend the Discovery Deadline. In support, Plaintiffs state as follows:

1. Fact discovery closed in this case on October 31, 2024. Dkt. 101.

2. On October 31, 2024, Defendants filed their Partially Opposed Motion to Extend Fact Discovery. Dkt. 148.

3. Plaintiffs requested 10 days to respond to Defendants' Motion, *id.*, making their response due on Sunday, November 10, 2024.

4. Plaintiffs' counsel worked diligently toward meeting that deadline. However, due to professional and personal obligations of counsel, Plaintiffs require a small extension to the deadline to file their response.

5. As such, Plaintiffs respectfully request this Court grant a one-day extension for Plaintiffs to file their response.

6. This motion is not made for purposes of delay, will not unduly prejudice any party, and Plaintiffs request this extension in good faith.

WHEREFORE, Plaintiffs respectfully request that this Court grant them a one-day extension up to and including Monday, November 11, 2024 to file their response and any other relief this Court deems just.

                              RESPECTFULLY SUBMITTED,

                              **JUAN HERNANDEZ & ROSENDO HERNANDEZ**

                              BY**:**   /s/ Alyssa Martinez
                              *Attorney for Plaintiffs Hernandez*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
Quinn Rallins
LOEVY & LOEVY
311 North Aberdeen St., Third Floor
Chicago, IL 60607
(312) 243-5900
alyssa@loevy.com

2

**CERTIFICATE OF SERVICE**

I, Alyssa Martinez, an attorney, certify that on November 10, 2024, I caused the foregoing document to be filed using the Court's CM/ECF System which affected service upon all counsel of record.

/s/ Alyssa Martinez
*One of Plaintiffs' Attorneys*