# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Juan Hernandez, et al.
                                   Plaintiff,

v.                                                         Case No.: 1:23−cv−01737
                                                                          Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 14, 2024:

         MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. For the reasons stated on the record, the plaintiffs' motion to quash defendant officers' subpoenas [126] is granted in part and denied in part. The motion is granted with respect to communications between the plaintiffs and their post−conviction attorneys. The motion is denied with respect to all other call recordings and electronic communications. For the reasons stated on the record, the plaintiffs' motion to compel defendant Joseph Miedzianowski to sit for a videotaped deposition [144] is denied. The plaintiffs' interests in using videotaped testimony at trial is outweighed by the security concerns expressed by the defendant. The defendant, who is incarcerated, plausibly contends that a videotaped deposition increases the risk that publicity surrounding the trial and the defendant's conduct could lead to threats and harm against the defendant. A written transcript is sufficient to preserve the defendant's testimony. The defendants' motion for an extension of time to complete fact discovery [148] is granted in part. Fact discovery will now close March 14, 2025. The Court will not extend that deadline absent exceptional circumstances and a showing that the parties made good use of this extension. The deadline to issue written discovery, including document subpoenas, is December 19, 2024. The plaintiffs' motion for an extension of time to respond [150] is granted. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.