IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| | ) | No. 1:23-cv-1737 |
| *Plaintiffs*, | ) ) | Hon. Jeremy C. Daniel |
| v. | ) ) | District Judge |
| REYNALDO GUEVARA, *et al.*, | ) ) | Hon. Heather K. McShain |
| | ) | Magistrate Judge |
| *Defendants*. | ) ) | **JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE LETTER INSTANTER**

1. On March 19, 2025, this Court ordered Plaintiffs to file a letter regarding outstanding discovery by March 26, 2025. Dkt. 166.

2. Last night, on March 26, when the undersigned Plaintiff's counsel attempted to file the letter, the CM/ECF system rejected certain PDF exhibits, which were not flattened properly.

3. Before the filing deadline, Plaintiffs' counsel sent a copy of the letter and exhibits to this Court's courtroom deputy via email, copying all counsel of record. Exhibit A (Plaintiffs' Counsel's Email).

4. In light of these filing issues, Plaintiffs' counsel respectfully requests that the Court allow him to file instanter his letter and exhibits, which are attached to this motion as Exhibits B through D.

RESPECTFULLY SUBMITTED,

/s/ Steve Art
*Counsel for Plaintiffs*

Arthur Loevy
Jon Loevy
Anand Swaminathan

Steve Art
Sean Starr
Alyssa Martinez
Quinn Rallins
LOEVY & LOEVY
311 N. Aberdeen, 3rd Floor
Chicago, Illinois 60607
(312) 243-5900
steve@loevy.com

**CERTIFCATE OF SERVICE**

I, Steve Art, an attorney, certify that on March 27, 2025, I caused the foregoing motion to be filed using the Court's CM/ECF System, which effected service on all counsel of record.

/s/ Steve Art
*One of Plaintiffs' Attorneys*