IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, <br><br> PLAINTIFFS, <br><br> vs. <br><br> REYNALDO GUEVARA, *et al.*, <br><br> DEFENDANTS. | Case No. 1:23-CV-1737 <br><br> Hon. Judge Jeremy C. Daniel <br><br> Magistrate Heather K. McShain |

### DEFENDANTS' SUPPLEMENT REGARDING DEFENDANTS' MOTION FOR RULE TO SHOW CAUSE AGAINST NELSON PACHECO (DKT. 169)

Defendants Reynaldo Guevara, Geri Lynn Yanow as Special Representative of Ernest Halvorsen (deceased) and Robert DeGraff (deceased), Joseph Miedzianowski, Joel Bemis, Robert Biebel, and the City of Chicago ("Defendants"), by and through their attorneys, in supplement to their Motion for Rule to Show Cause and to Compel the Deposition of Nelson Pacheco state as follows:

1. Defendants filed a Motion for Rule to Show Cause and to Compel the Deposition of Nelson Pacheco on March 28, 2025, (Dkt. 169.), which this Court subsequently granted. (Dkt. 176.)

2. At the status with the Court on April 8, 2025, this Court asked defense counsel to reach out to Cook County and advise this Court whether Defendants would be requesting this Court to Writ Nelson Pacheco to federal court for his deposition to proceed.

3. Defense counsel reached out to Cook County, and at this time is requesting that Nelson Pacheco, inmate at the Cook County Department of Corrections, Inmate Booking No. 20240509113, currently housed in Division 5 of the Cook County Department of Corrections, be

Writ over to the Dirksen Federal Courthouse for his deposition to proceed.

4. Defense counsel, Allison Romelfanger, conferred with all the parties, and all parties have agreed to conduct Mr. Pacheco's deposition at the Federal Courthouse on April 24, 2025, at 10:00 AM.

5. A proposed writ is attached hereto as Exhibit 1.

6. In addition, Defendants will need a court order to allow for a court reporter and videographer to bring equipment into the federal courthouse to conduct the deposition. Defendants have also prepared a proposed order, attached hereto as Exhibit 2.

Dated: April 17, 2025

Respectfully submitted,

/s/ Allison L. Romelfanger
ALLISON L. ROMELFANGER, Atty No. 6310033
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
Allison L. Romelfanger
Jeffrey Grossich
Kyle T. Christie
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
aromelfanger@jsotoslaw.com

/s/ Eileen Rosen
EILEEN ROSEN
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Andrew J. Grill
Austin G. Rahe
Catherine M. Barber
Lauren M. Ferrise

/s/ Molly E. Boekeloo
MOLLY BOEKELOO, Atty No. 6336874
Special Assistant Corporation Counsel
*One of the Attorneys for Reynaldo Guevara*

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Misha Itchhaporia
Graham P. Miller
Molly Boekeloo
Christine E. Murray
Krystal Gonzalez
Andrea Checkai
Borkan & Scahill, Ltd.
20 South Clark Street, Suite 1700
Chicago, IL 60603
(312) 580-1030
mboekeloo@borkanscahill.com

/s/Brian P. Gainer
BRIAN P. GAINER
*One of the Attorneys for Miedzianowski*

Brian P. Gainer
Lisa M. McElroy
Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603

2

Theresa B. Carney 312-372-0770
Kelly A. Krauchun gainerb@jbltd.com
Rock, Fusco & Connelly mcelroyl@jbltd.com
333 West Wacker Drive
Ste 19th Floor
Chicago, IL 60606
312-494-1000
tcarney@rfclaw.com

**CERTIFICATE OF SERVICE**

I, Allison L. Romelfanger, an attorney, certify under penalty of perjury, pursuant to 28 U.S.C.A. § 1746, that on **Tuesday, April 17, 2025**, I electronically filed the foregoing **Defendants' Supplement Regarding Defendants' Motion for Rule to Show Cause Against Nelson Pacheco (DKT. 169)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed in the below service list.

| *Attorneys for Plaintiff* | *Attorney for Reynaldo Guevara* |
|---|---|
| Steven E. Art | Misha Itchhaporia |
| Anand Swaminathan | Graham P. Miller |
| Sean Starr | Emily E. Schnidt |
| Jonathan I. Loevy | Timothy P. Scahill |
| Arthur R. Loevy | Steven B. Borkan |
| Daniel J. Stohr | Whitney N. Hutchinson |
| Isabella Aguilar | Molly Boekeloo |
| Margaret Gould | Christiane E. Murray |
| Quinn Rallins | Andrea F. Checkai |
| Alyssa Martinez | Drew Wycoff |
| Valarie Barajas | Borkan & Scahill, Ltd |
| Lilly Dunkin | 20 S. Clark Street, Suite 1700 |
| Marc Motter | (312)580-1030 |
| Loevy & Loevy | mitchhaporia@borkanscahill.com |
| 311 North Aberdeen St, 3rd Fl | gmiller@borkanscahill.com |
| (312)243-5900 | eschndit@borkanscahill.com |
| Chicago, IL 60607 | tscahill@borkanscahill.com |
| steve@loevy.com | sborkan@borkanscahill.com |
| anand@loevy.com | whutchinson@borkanscahill.com |
| sean@loevy.com | mboekeloo@borkanscahill.com |
| jon@loevy.com | cmurray@borkanscahill.com |
| arthur@loevy.com | acheckai@borkanscahill.com |
| dan@DanStohr.com | dwycoff@borkanscahill.com |
| aguilar@loevy.com | |
| gould@loevy.com | **Attorney for Joseph Miedzianowski** |
| rallins@loevy.com | |
| alyssa@loevy.com | Brian P. Gainer |
| valerie@loevy.com | Lisa M. McElroy |
| dunkin@loevy.com | Johnson & Bell, Ltd |
| motter@loevy.com | 33 W. Monroe, Suite 2700 |
| | Chicago, IL 60603 |
| | 312-372-0770 |
| | gainerb@jbltd.com |
| | mcelroyl@jbltd.com |

**Attorney for City of Chicago**
Eileen E. Rosen
Theresa Carney
Catherine Barber
Austin Rahe
Andrew Grill
Lauren Ferrise
Kelly A. Krauchun
Martin McManaman
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
(312)494-1000
erosen@rfclaw.com
tcarney@rfclaw.com
cbarber@rfclaw.com
arahe@rfclaw.com
agrill@rfclaw.com
lferrise@rfclaw.com
kkrauchun@rfclaw.com
mcmanaman@rfclaw.com

/s/ Allison L. Romelfanger
ALLISON L. ROMELFANGER, Atty No. 6310033
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*