IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ | ) ) ) | Case No. 23 CV 01737 |
| Plaintiff, | ) ) ) | |
| | ) | Hon. Jeremy C. Daniel |
| vs. | ) ) ) | |
| | ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, GERILYNN YANOW, as special representative of the ESTATE OF ERNEST HALVORSEN and ROBERT DEGRAFF, JOSEPH MIEDZIANOWSKI, JOEL BEMIS, ROBERT BIEBEL, and the CITY OF CHICAGO | ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

**ORDER**

This matter having come to be heard for Entry of an Order Allowing Equipment into the Everett McKinley Dirksen U.S. Courthouse for the Deposition of Cook County Inmate Nelson Pacheco, due notice hereof having been given, and the Court being fully advised, it is hereby

ORDERED that the Motion for Entry of an Order Allowing Equipment into the Everett McKinley Dirksen U.S. Courthouse for the Deposition of Inmate Nelson Pacheco is hereby GRANTED as follows:

For the purposes of deposing inmate Nelson Pacheco, Booking Number 20240509113, in the above titled matter, the following equipment shall be permitted into the Everett McKinley Dirksen U.S. Courthouse:

1. A certified stenographer from Urlab Bowen & Associates, Inc., is permitted to bring the following equipment: (i) stenographic machine, (ii) microphone, (iii) paper clips, (iv)

   tripod/stand for stenographic machine, (v) batteries, (vi) SD cards, (vii) pens, (viii) notepads, and (ix) exhibit stickers.

2. A certified videographer from Urlab Bowen & Associates, Inc., is permitted to bring the following equipment: (i) camera, (ii) power cables for camera, (iii) pens, (iv) paper, (v) backpack, (vi) ethernet cables, (vii) tripod, (viii) headphones, (ix) power strip, (x) HDMI cables, (xi) monitors, (xii) SD cards, (xiii) mic cables, (xiv) laptop, (xv) microphone, (xvi) monitor stands, (xvii) microphone clips, (xviii) power supply for camera, (xix) mixer, (xx) laptop, (xxi) backdrop screen and stand, (xxii) USB and audio cables, (xxiii) roll cart, (xxiv) web cam, (xxv) audio recorder with power cable, (xxvi) backup camera and power cord, (xxvii) capture card and cables, (xxviii) microphone adapter, (xxix) mixer, and (xxx) tone generator.

SO ORDERED.

April 29, 2025

ENTER

_____
Judge Jeremy C. Daniel