IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) |
| PLAINTIFFS, | ) Case No. 1:23-CV-1737 ) ) Hon. Judge Jeremy C. Daniel |
| vs. | ) ) Magistrate Heather K. McShain |
| REYNALDO GUEVARA, *et al.*, | ) ) |
| DEFENDANTS. | ) |

## ORDER

On petition of Defendants, Reynaldo Guevara, Joel Bemis, Robert Biebel, Geri Lynn Yanow as Special Representative for Ernest Halvorsen (deceased) and Robert DeGraff (deceased), Joseph Miedzianowski and the City of Chicago, and it appearing to the Court that

**Nelson Pacheco, is a 49-year-old-male, currently housed at the Cook County Department of Corrections, 2700 South California Avenue, Chicago, Illinois, 60608, in Division 5, under Booking Number 20240509113**

and that this person's presence is required at the U.S. Marshals Service Lock-Up, 24th Floor, Everett McKinely Dirksen United States Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, 60604, and will appear for a deposition to be conducted in the above captioned matter, before the Honorable Judge Jeremy Daniel, Courtroom 1419, on May 23, 2025, at 10:00 AM, to testify and to be returned to the custody of the Cook County Sheriff's Office after having testified.

IT IS THEREFORE ORDERED that the following custodian:

**Cook County Sheriff's Office
2700 South California Avenue
Chicago Illinois 60608**

bring or cause to be brought before this Court, at the specified time and on the specified date,

before the Honorable Judge Jeremy Daniel, in the United States Courthouse in Chicago, Illinois, the body of the specified person; and that a Writ of Habeas Corpus Ad Testificandum directed to the custodian be issued by the Clerk of this Court.

SO ORDERED.

April 29, 2025

ENTER

_____
Honorable Judge Jeremy C. Daniel