

# CASE NO. 23-CV-1737

# HERNANDEZ, ET AL.

# V.

# GUEVARA, ET AL.

# STATEMENT OF NON-APPEARANCE FOR

# BERNARD BRENNAN

# DATE:

# JANUARY 14, 2025



```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                        EASTERN DIVISION
 4                     CASE NO. 23-CV-1737
 5
 6                    HERNANDEZ, ET AL.,
 7                         Plaintiff
 8
 9                            V.
10
11                     GUEVARA, ET AL.,
12                         Defendants
13
14       STATEMENT OF NON-APPEARANCE FOR BERNARD BRENNAN
15
16
17
18
19
20
21
22
23
24   DATE:      JANUARY 14, 2025
25   REPORTER:  TALIA JACKSON
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  | APPEARANCES                                                  |
| 2  |                                                              |
| 3  | ON BEHALF OF THE PLAINTIFFS, JUAN HERNANDEZ AND ROSENDO      |
| 4  | HERNANDEZ:                                                   |
| 5  | Alyssa Martinez, Esquire                                     |
| 6  | Loevy & Loevy                                                |
| 7  | 311 North Aberdeen Street                                    |
| 8  | Third Floor                                                  |
| 9  | Chicago, Illinois 60607                                      |
| 10 | Telephone No.: (312) 243-5900                                |
| 11 | E-mail: alyssa@loevy.com                                     |
| 12 |                                                              |
| 13 | ON BEHALF OF THE DEFENDANT, REYNALDO GUEVARA:                |
| 14 | Christiane Murray, Esquire                                   |
| 15 | Borkan & Scahill, Ltd.                                       |
| 16 | 20 South Clark Street                                        |
| 17 | Suite 1700                                                   |
| 18 | Chicago, Illinois 60603                                      |
| 19 | Telephone No.: (312) 580-1030                                |
| 20 | E-mail: cmurray@borkanscahill.com                            |
| 21 | (Appeared via videoconference)                               |
| 22 |                                                              |
| 23 |                                                              |
| 24 |                                                              |
| 25 |                                                              |


Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, JOSEPH MIEDZIANOWSKI:
 4   Lisa McElroy, Esquire
 5   Johnson & Bell
 6   33 West Monroe Street
 7   Suite 2700
 8   Chicago, Illinois 60603
 9   Telephone No.: (312) 984-3422
10   E-mail: mcelroyl@jbltd.com
11    (Appeared via videoconference)
12
13   ON BEHALF OF THE DEFENDANTS, MICHAEL MASON, GERI LYNN
14   YANOW, AS SPECIAL REPRESENTATIVE OF THE ESTATE OF ERNEST
15   HALVORSEN, JOEL BEMIS, AND ROBERT BIEBEL:
16   Kyle Christie, Esquire
17   The Sotos Law Firm P.C.
18   141 West Jackson Boulevard
19   Suite 1240A
20   Chicago, Illinois 60604
21   Telephone No.: (630) 735-3300
22   E-mail: kchristie@jsotoslaw.com
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARENCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEFENDANT, CITY OF CHICAGO:
 4   Sabrina Scardamaglia, Esquire
 5   Rock Fusco & Connelly, LLC
 6   333 West Wacker Drive
 7   19th Floor
 8   Chicago, Illinois 60606
 9   Telephone No.: (312) 494-1000
10   E-mail: sscardamaglia@rfclaw.com
11
12
13   Also Present: Taylor Welsh, Videographer
14
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                          INDEX
 2                                                      Page
 3   PROCEEDINGS                                          7
 4
 5                         EXHIBITS
 6   Exhibit                                             Page
 7   1 - Subpoena                                         7
 8   2 - Affidavit of Service                             8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



**Kentuckiana Reporters**
**30 South Wacker Drive, 22nd Floor**
**Chicago, Illinois 60606**

**502.589.2273 Phone**
**502.584.0119 Fax**
**schedule@kentuckianareporters.com**
**www.kentuckianareporters.com**

|     |                                                                                       |
| --- | ------------------------------------------------------------------------------------- |
| 1   | STIPULATION                                                                           |
| 2   |                                                                                       |
| 3   | The STATEMENT OF NON-APPEARANCE was taken at LOEVY &                                  |
| 4   | LOEVY, 311 NORTH ABERDEEN STREET, THIRD FLOOR, CHICAGO,                               |
| 5   | ILLINOIS 60607, via videoconference in which some                                     |
| 6   | participants attended remotely, on TUESDAY the 14TH day                               |
| 7   | of JANUARY 2025 at 10:19 a.m. (CT).                                                   |



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273** Phone
**502.584.0119** Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|
| 1 | PROCEEDINGS |
| 2 | |
| 3 | THE REPORTER:  We are now on the record.  The |
| 4 | time is 10:19 a.m. Central.  Will counsel please |
| 5 | state your appearance, how you're attending, and |
| 6 | your location? |
| 7 | MS. MARTINEZ:  Alyssa Martinez on behalf of |
| 8 | Juan and Rosendo Hernandez, appearing in person here |
| 9 | in our offices in Chicago, Illinois. |
| 10 | MR. CHRISTIE:  Kyle Christie on behalf of the |
| 11 | defendant officers, except for Reynaldo Guevara, |
| 12 | appearing in person at the Loevy's office. |
| 13 | MS. SCARDAMAGLIA:  Sabrina Scardamaglia on |
| 14 | behalf of the City.  Also attending in person at the |
| 15 | Loevy's office. |
| 16 | MS. MURRAY:  Christiane Murray on behalf of |
| 17 | Defendant Guevara, appearing via zoom from San |
| 18 | Antonio. |
| 19 | MS. MCELROY:  Morning.  Lisa McElroy for |
| 20 | Defendant Miedzianowski, appearing by Zoom from Cook |
| 21 | County. |
| 22 | THE REPORTER:  All right. |
| 23 | MS. MARTINEZ:  Okay.  Today is January 14th, |
| 24 | 2025, and it is 10:19 a.m.  And I will very quickly |
| 25 | for the record mark Exhibit 1, which is the subpoena |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that was issued to Mr. Brennan, and mark Exhibit 2
2  which is the affidavit of service.  And I printed
3  one copy.  And this deposition was scheduled
4  pursuant to the notice that was served on
5  Mr. Brennan on November 29th, 2024, a copy of which
6  was -- strike that please.
7       The affidavit of service for which was sent
8  around to all parties on December 2nd, 2024.  The
9  deposition was to take place today, at this
10 location, beginning at 10:00 a.m. Central Time.  The
11 deponent, Mr. Brennan has failed to appear for this
12 deposition as scheduled.  As of this time,
13 10:20 a.m., there has been no communication from
14 Mr. Brennan providing notice of his inability to
15 attend.
16      And so we request that the court reporter
17 please mark the record to reflect that Mr. Brennan
18 has not appeared for his duly noticed deposition and
19 that the parties may need to seek the court's
20 assistance in compelling him to attend his
21 deposition.
22          (EXHIBIT 1 MARKED FOR IDENTIFICATION)
23          (EXHIBIT 2 MARKED FOR IDENTIFICATION)
24      MR. CHRISTIE:  Just out of curiosity.  Do we
25 know if plaintiff's counsel has any -- has had any



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  contact with Mr. Brennan or any agents of his from
2  the time of service until today?
3        MS. MARTINEZ:  No, not outside of the date he
4  was served.
5        MR. CHRISTIE:  Okay.
6        MS. MARTINEZ:  Have any other parties had any
7  contact with Mr. Brennan?
8        MS. SCARDAMAGLIA:  The City has tried to
9  contact him multiple times.  We had never heard back
10 from him, but we did hear from an attorney on his
11 behalf, who we believe is a family friend who is an
12 attorney, and we got a call from him yesterday who
13 claimed he represents him but that he wasn't
14 personally served and that he's a permanent resident
15 of Mexico, so we're not sure.  That's what -- just
16 what we were told.
17       MR. CHRISTIE:  And no, I have not had any
18 contact with any of his agents or Mr. Brennan.
19       MS. SCARDAMAGLIA:  And we can provide that
20 attorney's contact --
21       MS. MARTINEZ:  Oh, great.
22       MS. SCARDAMAGLIA:  -- information to you as
23 well.
24       MS. MARTINEZ:  Thank you.  We'd appreciate
25 that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|
| 1 | THE REPORTER: All right. Anything else? |
| 2 | MS. MARTINEZ: Anything from anyone on the |
| 3 | Zoom? |
| 4 | MS. MURRAY: For the record, confirming -- this |
| 5 | is Christiane Murray. We've had no contact with the |
| 6 | witness. |
| 7 | MS. MCELROY: And this is Lisa McElroy. Just |
| 8 | to confirm for the record, our office has had |
| 9 | absolutely no contact with Mr. Bernard Brennan. |
| 10 | THE REPORTER: All right, then. Just really |
| 11 | quickly, does anybody need a copy of this? |
| 12 | MS. MARTINEZ: Yeah, we'll order. |
| 13 | MR. CHRISTIE: We're fine. |
| 14 | MS. SCARDAMAGLIA: Not today. |
| 15 | THE REPORTER: Christiane and Lisa? |
| 16 | MS. MURRAY: No, thank you. |
| 17 | MS. MCELROY: No, thank you. |
| 18 | THE REPORTER: All right, then. We're off the |
| 19 | record. It is 10:23 a.m. Central. |
| 20 | (STATEMENT OF NON-APPEARANCE CONCLUDED AT |
| 21 | 10:23 A.M. CT) |
| 22 | |
| 23 | |
| 24 | |
| 25 | |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                CERTIFICATE OF DIGITAL REPORTER
 2                      STATE OF ILLINOIS
 3
 4   I do hereby certify that statement of non-appearance in
 5   the foregoing transcript was taken on the date, and at
 6   the time and place set out on the Title page here of by
 7   me; and that the said matter was recorded digitally by
 8   me and then reduced to type written form under my
 9   direction, and constitutes a true record of the
10   transcript as taken, all to the best of my skill and
11   ability. I certify that I am not a relative or employee
12   of either counsel, and that I am in no way interested
13   financially, directly or indirectly, in this action.
14
15
16
17
18
19
20
21
22   TALIA JACKSON,
23   DIGITAL REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 11/28/2027
25   SUBMITTED ON: 01/16/2025
```

[OFFICIAL SEAL — TALIA JACKSON, Notary Public, State of Illinois, Commission No. 981949, My Commission Expires Nov 28, 2027]

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| Exhibits | assistance 8:20 | contact 9:1,7, 9,18,20 10:5,9 | **H** | 10:7,17 |
|---|---|---|---|---|
| Exhibit 1_ Brennan 7:25 8:22 | attend 8:15,20 | Cook 7:20 | hear 9:10 | Mexico 9:15 |
| Exhibit 2_ Brennan 8:1, 23 | attending 7:5, 14 | copy 8:3,5 10:11 | heard 9:9 | Miedzianowski 7:20 |
| | attorney 9:10, 12 | counsel 7:4 8:25 | Hernandez 7:8 | Morning 7:19 |
| **1** | attorney's 9:20 | County 7:21 | **I** | multiple 9:9 |
| 1 7:25 8:22 | **B** | court 8:16 | IDENTIFICATION 8:22,23 | Murray 7:16 10:4,5,16 |
| 10:00 8:10 | back 9:9 | court's 8:19 | Illinois 7:9 | **N** |
| 10:19 7:4,24 | beginning 8:10 | CT 10:21 | inability 8:14 | NON-APPEARANCE 10:20 |
| 10:20 8:13 | behalf 7:7,10, 14,16 9:11 | curiosity 8:24 | information 9:22 | notice 8:4,14 |
| 10:23 10:19,21 | Bernard 10:9 | **D** | issued 8:1 | noticed 8:18 |
| 14th 7:23 | Brennan 8:1,5, 11,14,17 9:1,7, 18 10:9 | date 9:3 | **J** | November 8:5 |
| **2** | **C** | December 8:8 | January 7:23 | **O** |
| 2 8:1,23 | call 9:12 | defendant 7:11,17,20 | Juan 7:8 | office 7:12,15 10:8 |
| 2024 8:5,8 | Central 7:4 8:10 10:19 | deponent 8:11 | **K** | officers 7:11 |
| 2025 7:24 | Chicago 7:9 | deposition 8:3,9,12,18,21 | Kyle 7:10 | offices 7:9 |
| 29th 8:5 | Christiane 7:16 10:5,15 | duly 8:18 | **L** | order 10:12 |
| 2nd 8:8 | Christie 7:10 8:24 9:5,17 10:13 | **E** | Lisa 7:19 10:7, 15 | **P** |
| **A** | City 7:14 9:8 | exhibit 7:25 8:1,22,23 | location 7:6 8:10 | parties 8:8,19 9:6 |
| a.m. 7:4,24 8:10,13 10:19, 21 | claimed 9:13 | **F** | Loevy's 7:12, 15 | permanent 9:14 |
| absolutely 10:9 | communication 8:13 | failed 8:11 | **M** | person 7:8,12, 14 |
| affidavit 8:2,7 | compelling 8:20 | family 9:11 | mark 7:25 8:1, 17 | personally 9:14 |
| agents 9:1,18 | CONCLUDED 10:20 | fine 10:13 | MARKED 8:22, 23 | place 8:9 |
| Alyssa 7:7 | confirm 10:8 | friend 9:11 | Martinez 7:7, 23 9:3,6,21,24 10:2,12 | plaintiff's 8:25 |
| Antonio 7:18 | confirming 10:4 | **G** | Mcelroy 7:19 | printed 8:2 |
| appearance 7:5 | | great 9:21 | | PROCEEDINGS 7:1 |
| appeared 8:18 | | Guevara 7:11, 17 | | provide 9:19 |
| appearing 7:8, 12,17,20 | | | | |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**providing** 8:14

**pursuant** 8:4

---
**Q**
---

**quickly** 7:24 10:11

---
**R**
---

**record** 7:3,25 8:17 10:4,8,19

**reflect** 8:17

**reporter** 7:3,22 8:16 10:1,10, 15,18

**represents** 9:13

**request** 8:16

**resident** 9:14

**Reynaldo** 7:11

**Rosendo** 7:8

---
**S**
---

**Sabrina** 7:13

**San** 7:17

**Scardamaglia** 7:13 9:8,19,22 10:14

**scheduled** 8:3,12

**seek** 8:19

**served** 8:4 9:4, 14

**service** 8:2,7 9:2

**state** 7:5

**STATEMENT** 10:20

**strike** 8:6

**subpoena** 7:25

---
**T**
---

**time** 7:4 8:10, 12 9:2

**times** 9:9

**today** 7:23 8:9 9:2 10:14

**told** 9:16

---
**Y**
---

**yesterday** 9:12

---
**Z**
---

**zoom** 7:17,20 10:3



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com