UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ | ) ) ) | Case No. 23 CV 01737 |
| Plaintiff, | ) ) ) | Hon. Jeremy C. Daniel |
| vs. | ) ) ) ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, GERI LYNN YANOW, as special representative of the ESTATE OF ERNEST HALVORSEN, JOSEPH MIEDZIANOWSKI, JOEL BEMIS, GERI LYNN YANOW, as special representative of the ESTATE OF ROBERT DEGRAFF, ROBERT BIEBEL, and the CITY OF CHICAGO | ) ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Counsel of Record

Please take notice that on Tuesday, May 20, 2025 at 9:30 a.m., I shall appear before the Honorable Judge Jeremy C. Daniel in Courtroom 1419, where he usually presides, or before anyone sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, Chicago, Illinois, and then and there present **Defendants' Motion to Compel Daniel Violante to Sit for his Deposition.**

Dated: May 13, 2025       Respectfully submitted,

/s/ Allison L. Romelfanger
ALLISON L. ROMELFANGER, Attorney No. 6310033
*One of the Attorneys for Defendants Geri Yanow, as Special Representative of Ernest Halvorsen deceased and Robert DeGraff deceased, Robert Biebel and Joel Bemis*

Allison L. Romelfanger
**The Sotos Law Firm, P.C.**
141 W. Jackson Blvd, Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
aromelfanger@jsotoslaw.com

1

## CERTIFICATE OF SERVICE

  I hereby certify under penalty of perjury pursuant to 28 U.S.C.A. § 1746 that on May 13, 2025, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants listed below.

***Attorneys for Plaintiff***
Steven E. Art
Anand Swaminathan
Sean Starr
Annie D. Prossnitz
Jonathan I. Loevy
Arthur R. Loevy
Daniel J. Stohr
Isabella Aguilar
Margaret Gould
Quinn Rallins
Alyssa Martinez
Valarie Barajas
Lilly Dunkin
Marc Motter
Loevy & Loevy
311 North Aberdeen St, 3rd Fl
(312)243-5900
Chicago, IL 60607
steve@loevy.com
anand@loevy.com
sean@loevy.com
prossnitz@loevy.com
jon@loevy.com
arthur@loevy.com
dan@DanStohr.com
aguilar@loevy.com
gould@loevy.com
rallins@loevy.com
alyssa@loevy.com
valerie@loevy.com
dunkin@loevy.com
motter@loevy.com

***Attorney for Reynaldo Guevara***
Misha Itchhaporia
Graham P. Miller
Emily E. Schnidt
Timothy P. Scahill
Steven B. Borkan
Whitney N. Hutchinson
Molly Boekeloo
Christiane E. Murray
Andrea F. Checkai
Drew Wycoff
Borkan & Scahill, Ltd
(312)580-1030
20 S. Clark Street, Suite 1700
mitchhaporia@borkanscahill.com
gmiller@borkanscahill.com
eschndit@borkanscahill.com
tscahill@borkanscahill.com
sborkan@borkanscahill.com
whutchinson@borkanscahill.com
mboekeloo@borkanscahill.com
cmurray@borkanscahill.com
acheckai@borkanscahill.com
dwycoff@borkanscahill.com

**Attorney for Joseph Miedzianowski**
Brian P. Gainer
Lisa M. McElroy
Johnson & Bell, Ltd
33 W. Monroe, Suite 2700
Chicago, IL 60603
312-372-0770
gainerb@jbltd.com
mcelroyl@jbltd.com
miltonr@jbltd.com
gavrilenkak@jbltd.com

**Attorney for City of Chicago**
Eileen E. Rosen
Theresa Carney
Catherine Barber

Austin Rahe
Andrew Grill
Lauren Ferrise
Kelly A. Krauchun
Sabrina Scardamaglia
Rock Fusco & Connelly, LLC
333 W. Wacker Drive, 19th Floor
Chicago, IL 60606
(312)494-1000
erosen@rfclaw.com
tcarney@rfclaw.com
cbarber@rfclaw.com
arahe@rfclaw.com
agrill@rfclaw.com
lferrise@rfclaw.com
kkrauchun@rfclaw.com
sscardamaglia@rfclaw.com

/s/ Allison L. Romelfanger
*One of the Attorneys for Defendants Geri Yanow, as Special Representative of Ernest Halvorsen deceased and Robert DeGraff deceased, Robert Biebel and Joel Bemis*