IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>REYNALDO GUEVARA, GERILYNN YANOW, as special representative of the ESTATE OF ERNEST HALVORSEN and ROBERT DEGRAFF, JOSEPH MIEDZIANOWSKI, JOEL BEMIS, ROBERT BIEBEL, and the CITY OF CHICAGO )<br>)<br>Defendants. ) | Case No. 23 CV 01737<br><br>Hon. Jeremy C. Daniel<br><br>Magistrate Heather K. McShain<br><br>JURY DEMAND |

## ORDER

Upon consideration of Plaintiffs' Motion for Rule to Show Cause Regarding Bernard Brennan, the Court being fully advised and due notice having been given,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Rule to Show Cause Regarding Bernard Brennan is GRANTED.

2. Bernard Brennan shall sit for his deposition on June 16, 2025. If he refuses to do so, the parties shall notify the Court, which will then set a date for Bernard Brennan's Rule to Show Cause hearing.

3. The plaintiffs shall serve Mr. Brennan with a copy of this order by June 2, 2025.

SO ORDERED.

May 27, 2025

_____
Jeremy C. Daniel