IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ | ) ) ) | Case No. 23 CV 01737 |
| Plaintiff, | ) ) ) | Hon. Jeremy C. Daniel |
| vs. | ) ) ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, GERILYNN YANOW, as special representative of the ESTATE OF ERNEST HALVORSEN and ROBERT DEGRAFF, JOSEPH MIEDZIANOWSKI, JOEL BEMIS, ROBERT BIEBEL, and the CITY OF CHICAGO | ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion for Rule to Show Cause Regarding Marybel Arroyo, the Court being fully advised and due notice having been given,

IT IS HEREBY ORDERED THAT:

1. Plaintiffs' Motion for Rule to Show Cause Regarding Marybel Arroyo is GRANTED.

2. Marybel Arroyo shall sit for her deposition on June 3, 2025. If she refuses to do so, the parties shall notify the Court, which will then set a date for Marybel Arroyo's Rule to Show Cause hearing.

3. The plaintiffs shall serve Ms. Arroyo with a copy of this order on or before May 28, 2025.

SO ORDERED.

May 27, 2025

Honorable Judge Jeremy C. Daniel