**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ | ) ) | Case No. 23 CV 01737 |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Jeremy C. Daniel |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Heather K. McShain |
| | ) | |
| REYNALDO GUEVARA, GERILYNN | ) | JURY DEMAND |
| YANOW, as special representative of the | ) | |
| ESTATE OF ERNEST HALVORSEN and | ) | |
| ROBERT DEGRAFF, JOSEPH | ) | |
| MIEDZIANOWSKI, JOEL BEMIS, ROBERT | ) | |
| BIEBEL, and the CITY OF CHICAGO | ) | |
| Defendants. | ) | |

## ORDER

This matter having come to be heard on Defendants' Motion to Compel Daniel Violante to Sit for his Deposition, due notice hereof having been given, and the Court being fully advised, it is ORDERED that Defendants' Motion to Compel Daniel Violante is hereby GRANTED. Daniel Violante shall sit for his deposition on June 18, 2025. If he refuses to do so, the parties shall notify the Court, which will then set a date for Daniel Violante's Rule to Show Cause hearing. The defendants shall serve a copy of this order on Mr. Violante on or before June 4, 2025.

SO ORDERED.

May 27, 2025

_____
Jeremy C. Daniel