IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ | ) ) ) | Case No. 23 CV 01737 |
| Plaintiffs, | ) ) ) | Hon. Jeremy C. Daniel |
| vs. | ) ) ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, GERILYNN YANOW, as special representative of the ESTATE OF ERNEST HALVORSEN and ROBERT DEGRAFF, JOSEPH MIEDZIANOWSKI, JOEL BEMIS, ROBERT BIEBEL, and the CITY OF CHICAGO | ) ) ) ) ) ) ) ) | JURY DEMAND |
| Defendants. | ) | |

**ORDER**

Upon consideration of Entry of an Order Allowing Equipment into the Everett McKinley Dirksen U.S. Courthouse for the deposition of Juan Carlos Cruz scheduled for June 2, 2025, the Court being fully advised and due notice having been given,

IT IS HEREBY ORDERED THAT:

1. The Motion for Entry of an Order Allowing Equipment into the Everett McKinley Dirksen U.S. Courthouse for the deposition of Juan Carlos Cruz on June 2, 2025 is GRANTED.

2. The following equipment shall be permitted into the Everett McKinley Dirksen U.S. Courthouse for the purpose of deposing Juan Carlos Cruz on June 2, 2025:

    a. A court reporter from Kentuckiana Reporters is permitted to bring: (1) laptop, (2) stenography machine, (3) usb microphone, (4) two backup recorders, (5) power cord for laptop, (6) power cord for stenography machine, (7) extension power strip, (8) tripod for stenography machine, (9) pens, and (10) exhibit stickers.

    b. A videographer from Kentuckiana Reporters is permitted to bring: (1) video camera, (2) video camera case, (3) video camera power supply, (4) backup recorder, (5) power supply, (6) HDMI cable, (7) audio mixer, (8) mixer power adapter, (9) mixer audio cables, (10) tripod for camera, (11) extension cord with power strip, (12) headphones, (13) three XLR cables, (14) table microphone, (15) three lapel microphones, (16) two SD memory cards, (17) backdrop, (18) backdrop stand, (19) deposition notice, (20) backpack, (21) laptop, (22) pens, and (23) log sheet.

SO ORDERED.

June 2, 2025,

ENTER

_____
Judge Jeremy C. Daniel
United States Judge