IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ, et al. | ) | |
| | ) | Case No. 23-cv-1737 |
| *Plaintiffs,* | ) | |
| | ) | |
| | ) | Hon. Jeremy C. Daniel |
| *v.* | ) | |
| | ) | Magistrate Heather K. McShain |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| *Defendants.* | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| | ) | |

**JOINT MOTION REGARDING DEPOSITIONS OF WOODALL AND GALLIGAN**

Plaintiffs, by their attorneys, and Defendants, by their attorneys, respectfully request an order permitting them to proceed with the depositions of Galligan and Woodall outside of the time allotted for fact discovery, stating as follows:

1. As the Court knows, Plaintiffs allege in this case that Defendants suppressed the fact that they framed them for murder because they thought that Plaintiff Hernandez had ripped off a drug stash house that the Defendants used as part of their expansive drug distribution enterprise, which became subject of federal criminal prosecutions in United States v. Miedzianowski, No. 98 CR 923, and United States v. Woodall, No. 03 CR 64. As part of discovery, Plaintiffs have sought depositions and documents relating to these criminal cases and the underlying alleged misconduct at issue in those cases. Dkt 121. The Court held a hearing on these requests on April 9, 2025. Exhibit A.

2. The parties completed the deposition of Defendant Miedzianowski this week. They have not completed the planned depositions of former Chicago Police Officers John

Galligan (who was Defendant Miedzianowski's partner) and Jon Woodall (the principal Defendant in the Woodall case and an alleged confederate of Defendant Miedzianowski's).

3. Counsel of the City of Chicago represents both Galligan and Woodall, and counsel has represented to the City that for the past few months both have been undergoing treatment for serious medical conditions, which prevented them from testifying.

4. Plaintiffs have agreed not to move to compel their depositions, given their health conditions, and have also agreed not to disclose those health conditions on the public docket.

5. Instead, the parties have agreed to take the depositions of Woodall and Galligan outside of the time allotted for fact discovery, on July 22 and July 23, respectively.

6. The parties will continue with expert discovery in the meantime.

7. To the extent the Court wishes the parties to provide more information about these health conditions, counsel for the City can provide it.

WHEREFORE, the parties respectfully request an order permitting them to proceed with the depositions of Galligan and Woodall outside of the time allotted for fact discovery.

Dated: July 3, 2025

RESPECTFULLY SUBMITTED,

**JUAN HERNANDEZ** and
**ROSENDO HERNANDEZ**

By: /s/ Steve Art

*One of Plaintiffs' Attorneys*

Steve Art
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)
steve@loevy.com