**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Juan Hernandez, et al.
                        Plaintiff,

v.                                               Case No.: 1:23−cv−01737
                                                        Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2025:

      MINUTE entry before the Honorable Jeremy C. Daniel: The joint motion to proceed with the Woodall and Galligan depositions on July 22, 2025, and July 23, 2025, respectively, [217] is granted. The motion hearing is stricken. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.