**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:23-cv-1737 |
| *v.* | ) ) ) | Hon. Jeremy C. Daniel |
| REYNALDO GUEVARA, *et al.*, | ) ) ) | Magistrate Heather K. McShain |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |

**THE PARTIES' PROPOSED EXPERT DISCOVERY PLAN**

Pursuant to this Court's order, ECF No. 225, the undersigned parties provide the below proposed expert discovery plan.

1. On July 9, 2025, this Court ordered the parties to confer and submit a proposed expert discovery schedule. ECF No. 225.

2. After conferring, the parties propose the following deadlines:

- Plaintiffs' Expert Disclosures: September 19, 2025
- Defendants' Expert Disclosures: November 19, 2025
- Close of Expert Discovery: January 19, 2026

RESPECTFULLY SUBMITTED,

/s/ Alyssa Martinez
*Attorney for Plaintiffs*

Jon Loevy
Anand Swaminathan
Steve Art
Sean Starr
Quinn Rallins
Alyssa Martinez

/s/ Christiane Murray
Special Assistant Corporation Counsel
*One of the Attorneys for Reynaldo Guevara*

Steven B. Borkan
Timothy P. Scahill
Emily E. Schnidt
Misha Itchhaporia
Graham P. Miller
Molly Boekeloo

| | |
|---|---|
| Loevy & Loevy<br>311 North Aberdeen St,<br>Chicago, IL 60607<br>(312)243-5900<br>alyssa@loevy.com | Christiane E. Murray<br>Andrea Checkai<br>Borkan & Scahill, Ltd.<br>20 South Clark Street, Suite 1700<br>Chicago, IL 60603<br>(312) 580-1030<br>cmurray@borkanscahill.com |

/s/ Allison L. Romelfanger
Special Assistant Corporation Counsel
*One of the Attorneys for Individual Defendants*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
Allison L. Romelfanger
Jeffrey Grossich
Kyle T. Christie
Special Assistant Corporation Counsel
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., Suite 1240A
Chicago, IL 60604
Tel: (630) 735-3300
aromelfanger@jsotoslaw.com

/s/ Lisa McElroy
Special Assistant Corporation Counsel
*One of the Attorneys for Miedzianowski*

Brian P. Gainer
Lisa M. McElroy
Johnson & Bell, Ltd.
33 W. Monroe St., Ste. 2700
Chicago, IL 60603
312-372-0770
gainerb@jbltd.com
mcelroyl@jbltd.com

/s/ Theresa Berousek Carney
Special Assistant Corporation Counsel
*One of the Attorneys for City of Chicago*

Eileen E. Rosen
Andrew J. Grill
Austin G. Rahe
Catherine M. Barber
Lauren M. Ferrise
Theresa B. Carney
Rock, Fusco & Connelly
333 West Wacker Drive Ste, 19th Floor
Chicago, IL 60606
312-494-1000
tcarney@rfclaw.com