**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | |
| *Plaintiffs*, | ) ) | No. 1:23-cv-1737 |
| v. | ) ) ) | Hon. Jeremy C. Daniel |
| REYNALDO GUEVARA, *et al.*, | ) ) ) | Magistrate Heather K. McShain |
| *Defendants*. | ) ) | **JURY TRIAL DEMANDED** |

**JOINT STATUS REPORT ON *MONELL* DISCOVERY**

The undersigned parties provide the update below concerning outstanding *Monell* discovery.

1. During the July 9, 2025 hearing before this Court, the parties represented that there was outstanding *Monell* discovery and that the parties believed they could reach resolution on the matter. Counsel have engaged in good faith discussions, and the parties have made substantial progress toward reaching agreement.

2. However, additional time is needed to finalize these conferrals. The parties believe that with one additional week, they will be able to complete these negotiations or significantly narrow any remaining areas of dispute.

3. Accordingly, the parties respectfully request leave to submit a further joint status report on or before July 30, 2025, at which time they anticipate being in a position to inform the Court whether agreement has been reached or to identify any remaining issues requiring the Court's attention.

4. This request is made in good faith and not for the purpose of delay. No party will be prejudiced by the relief sought herein, and this request will not impact the parties' proposed expert discovery schedule. Dkt. 227.

                                                RESPECTFULLY SUBMITTED,

| /s/ Alyssa Martinez | /s/ Eileen Rosen |
|---|---|
| *Attorney for Plaintiffs* | Special Assistant Corporation Counsel |
| | *One of the Attorneys for City of Chicago* |
| Jon Loevy | Eileen E. Rosen |
| Anand Swaminathan | Andrew J. Grill |
| Steve Art | Austin G. Rahe |
| Sean Starr | Catherine M. Barber |
| Quinn Rallins | Lauren M. Ferrise |
| Alyssa Martinez | Theresa B. Carney |
| Loevy & Loevy | Rock, Fusco & Connelly |
| 311 North Aberdeen St, | 333 West Wacker Drive Ste, 19th Floor |
| Chicago, IL 60607 | Chicago, IL 60606 |
| (312)243-5900 | 312-494-1000 |
| alyssa@loevy.com | erosen@rfclaw.com |