# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Juan Hernandez, et al.
                         Plaintiff,

v.                                        Case No.: 1:23−cv−01737
                                                Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 3, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: Motion hearing held. Defendants' motion for entry of a summary briefing schedule [260] is granted. Dispositive motions are due on or before 4/6/2026; responses are due on or before 5/6/2026; any replies are due on or before 5/27/2026. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.