# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUAN HERNANDEZ, et al. | ) |
| | ) Case No. 23-cv-1737 |
| *Plaintiffs,* | ) |
| | ) |
| | ) Hon. Jeremy C. Daniel |
| *v.* | ) |
| | ) Magistrate Heather K. McShain |
| REYNALDO GUEVARA, et al. | ) |
| | ) |
| *Defendants*. | ) **JURY TRIAL DEMANDED** |
| | ) |

## PLAINTIFFS' MOTION TO COMPEL THE CONTINUED DEPOSITION OF JOHN GALLIGAN

Plaintiffs, by their attorneys, respectfully request an order compelling the continued deposition of third-party witness, John Galligan, stating as follows:

1. As the Court knows, Plaintiffs allege in this case that Defendants suppressed the fact that they framed Plaintiffs for murder because they thought that Plaintiff Juan Hernandez had ripped off a drug stash house that the Defendants used as part of their expansive drug distribution enterprise, which became the subject of federal criminal prosecutions in *United States v. Miedzianowski*, No. 98 CR 923 (N.D. Ill.), and *United States v. Woodall*, No. 03 CR 64 (N.D. Ill.). As part of discovery, Plaintiffs have sought depositions and documents relating to these criminal cases and the underlying alleged misconduct at issue in those cases. Dkt 121.

2. Regarding depositions relating to the above criminal cases and the underlying alleged misconduct at issue in those cases, Plaintiffs specifically sought the depositions of Defendant Miedzianowski, and former Chicago Police Officers Jon Woodall and John Galligan.

As former Chicago Police Officers, counsel for Defendant City of Chicago represented all three individuals at their depositions.

3. During the fact discovery, the depositions of Woodall and Galligan were delayed because both had previously undergone treatment for serious medical conditions, which prevented them from testifying, as represented in a joint motion filed in this matter requesting an order permitting the parties to proceed with the depositions of Galligan and Woodall outside of the time allotted for fact discovery. Dkt. 217. The Court granted that motion allowing these depositions to occur outside of fact discovery. Dkt. 219.

4. The parties conferred on dates and completed the deposition of Defendant Miedzianowski on June 30, 2025, and former Chicago Police Officer Jon Woodall on September 5, 2025. The parties partially completed the deposition of former Chicago Police Officer John Galligan on September 16, 2025.

5. Mr. Galligan's deposition was suspended after three hours by Counsel for the City, pursuant to agreement, because of Mr. Galligan's health issues. The parties had previously agreed that Plaintiffs' counsel would attempt to complete Galligan's deposition in 3 hours but reserved the right to bring him back if additional time were needed. Plaintiff stated on the record during the deposition that they intended to bring Mr. Galligan back to complete his deposition.

6. On September 24, 2025, Plaintiffs' counsel informed counsel for the City that they wanted to bring Mr. Galligan back to complete his deposition. The parties later conferred and counsel for the City indicated it would consider Plaintiffs' request. Since this time, Plaintiffs have repeatedly sought to reschedule Mr. Galligan's deposition without success.

7. On September 29, October 9, and November 14, Plaintiffs requested dates for Mr. Galligan's resumed deposition. See Ex. 1.

8. On November 18, 2025, in advance of a Rule 37.2 meet and confer meant to address several subjects, Counsel for the City agreed to reproduce Mr. Galligan for his deposition for one hour, which Plaintiffs accepted. See Ex. 2

9. On November 19, January 13, and February 3, 2026, Plaintiffs again requested dates for Mr. Galligan's resumed deposition. See Ex. 3.

10. As of filing, Defendants have not provided any dates to schedule Mr. Galligan's continued deposition.

WHEREFORE, Plaintiffs respectfully request an order compelling Defendant City of Chicago to provide dates and proceed with the continued deposition of John Galligan.

Dated: February 4, 2026　　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

**JUAN HERNANDEZ** and
**ROSENDO HERNANDEZ**

By: /s/ Sean Starr

*One of Plaintiffs' Attorneys*

Sean Starr
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)
sean@loevy.com