**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Juan and Rosendo Hernandez, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 23-cv-1737 |
| v. | ) | |
| | ) | |
| Reynaldo Guevara, et. al., | ) | Hon. Judge Jeremy C. Daniel |
| | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW APPEARANCE OF ALLISON L. ROMELFANGER**

Attorney Allison L. Romelfanger respectfully moves to withdraw her appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned has an appearance on file on behalf of defendants Joel Bemis, Robert Biebel, and Geri Lynn Yanow as Special Representative of Ernest Halvorsen (deceased) and Robert DeGraff (deceased).

2. As of March 20, 2026, the undersigned is no longer employed with The Sotos Law Firm, P.C., the firm representing the aforementioned defendants.

3. Additional attorneys currently represent the aforementioned defendants and will continue to diligently and ably represent them going forward. This motion will not prejudice the representation of the defendants nor cause any undue delay in this proceeding.

WHEREFORE the undersigned respectfully requests this Honorable Court grant this motion to withdraw the appearance of Allison L. Romelfanger in this matter.

Dated this 27th day of March, 2026

Respectfully submitted,
/s/ *Allison L. Romelfanger*

1

Allison L. Romelfanger
Attorney No. 6310033