**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ and ROSENDO HERNANDEZ, | ) ) ) | Case No. 23 CV 01737 |
| Plaintiffs, | ) ) | Hon. Jeremy C. Daniel |
| | ) | Magistrate Heather K. McShain |
| v. | ) ) | |
| REYNALDO GUEVARA, et.al., | ) ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**DEFENDANTS' ADDENDUM OF EXHIBITS IN SUPPORT OF THEIR
LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS**

Exhibit 1 – Amended Complaint

Exhibit 2 – Nancy Testimony, Rosendo Trial Trans., 08/09/1999

Exhibit 3 – Nancy Testimony, Juan Trial Trans. II, 11/14/2001

Exhibit 4 – Jose Testimony, Rosendo Trial Trans., 08/10/1999

Exhibit 5 – Jose Testimony, Juan Trial Trans. II., 11/14/2001

Exhibit 6 – Jose PC Testimony, 6/8/22

Exhibit 7 – Jose Deposition

Exhibit 8 – Jesus Testimony, Rosendo Trial Trans., 08/09/1999

Exhibit 9 – Jesus Testimony, Juan Trial Trans. I, 3/8/2000

Exhibit 10 – Jesus Testimony, Juan Trial Trans. II, 11/15/2001

Exhibit 11 – Cruz Testimony, Rosendo Trial Trans. 08/10/1999

Exhibit 12 – Cruz Testimony, Juan Trial Trans. II, 11/15/2001

Exhibit 13 – Maribel Testimony, Rosendo Trial Trans., 08/09/1999

Exhibit 14 – Maribel Testimony, Juan Trial Trans., 11/14/2001

Exhibit 15 – Nancy Dep, 11/8/2024

1

Exhibit 16 – Jesus Dep

Exhibit 17 – Cruz Dep.

Exhibit 18 – Guevara Testimony, Rosendo Trial Trans., 8/11/1999

Exhibit 19 – Guevara Dep.

Exhibit 20 – Guevara Testimony, Juan Trial Trans. 11/15/2001

Exhibit 21 – Guevara Testimony, Juan Trial Trans. II., 11/19/2001

Exhibit 22 – Impound Order, Rosendo Hernandez Trial, 6/24/2002

Exhibit 23 – Impound Order, Juan Hernandez Trial II, 6/24/2002

Exhibit 24 – Brualdi and Andrews Stipulation, Juan Trial Trans. II, 11/19/1997

Exhibit 25 – Bemis Testimony, Rosendo Trial Trans., 8/10/1999

Exhibit 26 – Bemis Testimony, Juan Trial Trans. II, 11/15/2001

Exhibit 27 – Criminal Trial Indices

Exhibit 28 – Halvorsen Supp. 7/01/1997

Exhibit 29 – Lineup Supp 7/1/97 - RH Lineup

Exhibit 30 – Lineup Supp 7/1/97 - JH Lineup

Exhibit 31 – Juan Hernandez Supplemental Responses to Guevara's First Interrogatories

Exhibit 32 – Rosendo Herandez Supplemental Responses to Guevara's First Interrogatories

Exhibit 33 – Bates (Group Exhibit of RFC-Hernandez 5117-5648, RFC-Hernandez 20971-29077,

   RFC-Hernandez 29282-30867, JGS-Hernandez 18416-18854, JGS_Hernandez 23683-

   24282) (filed under seal)[1]

Exhibit 34 – Bemis Dep

Exhibit 35 – Biebel Dep

Exhibit 36 – Miedzianowski Dep.

Exhibit 37 – Juan Hernandez Dep

---

[1] Due to the file size of this exhibit, it will be tendered via separate USB delivered to the clerk as well as via Dropbox link to the parties as it is too large to upload to Pacer.

2

Exhibit 38 – Rosendo Hernadnez Dep.

Exhibit 39 – Esther Hernandez Dep.

Exhibit 40 – Violante Testimony, Rosendo Trial Trans., 8/10/99

Exhibit 41 – Violante Testimony, Juan Hernandez Trial 11/15/01)

Exhibit 42 – Rosendo Hernandez, Sr. Dep.

Exhibit 43 – Mason Dep

Exhibit 44 – Mason, Brennan, Wannicky Supp. 6/28/1997

Exhibit 45 – Brody Dep.

Exhibit 46 – Kent Brody Testimony, Juan Heranndez Trial II, 11/16/01

Exhibit 47 – Maribel Gutierrez Dep.

Exhibit 48 – *People v. Juan Hernandez and Rosendo Hernandez*, 97 CR 21329, Indictment

Exhibit 49 – July 29, 1997, GJ Trans., In re: John Doe Investigation (filed under seal)

Exhibit 50 – Violante Aff.

Exhibit 51 – CCSAO 6/3/1998 Investigative Report at CCSAO_

Exhibit 52 – CCSAO 6/19/1998 Investigative Report at CCSAO_

Exhibit 53 – Area 5 Supp. Report, 10/20/1998 at CCSAO_

Exhibit 54 – June 3, 1998, GJ Trans., In re: John Doe Investigation (filed under seal)

Exhibit 55 – Certified Statement of Conviction, *People v. Esther Hernandez*, 99CR0938402

Exhibit 56 – Certified Statement of Conviction, *People v. Rosendo* Hernandez, Sr., 99CR0938403

Exhibit 57 – Certified Statement of Conviction *People v. Patrick Cruz*, 99CR0938405

Exhibit 58 – Juan Trial Trans. I, Mistrial Excerpt 03/09/2000

Exhibit 59 – Motions in Limine, Rosendo Tr. Trans. 08/06/1999

Exhibit 60 – Motions in Limine, Juan Tr. Trans. 11/13/2001

Exhibit 61 – Audio Transcription of IDOC (JGS_Hernandez 24838-24878)

Exhibit 62 – Joint Amended/Successive Petition for Post-Conviction Relief at Hernandez 014136-014199

Exhibit 63 – People's Motion to Dismiss *Pro Se* and Supplemental Petitions for Post-Conviction Relief at Hernandez 014356-014367

Exhibit 64 – Post-Conviction Hearing, 06/06/2022 at Hernandez 000406-000770

Exhibit 65 – Post-Conviction Hearing, 06/07/2022 at Hernandez 000772-001075

Exhibit 66 – Post-Conviction Hearing, 06/08/2022) at Hernandez 001077-001426

Exhibit 67 – Post-Conviction Hearing, 07/14/2022 Post-Conviction Hearing at Hernandez 001519-001537

Exhibit 68 – Plaintiff Juan Hernandez's Responses to Defendant Joel Bemis's First Set of Interrogatories

Exhibit 69 – Plaintiff Juan Hernandez's Second Supplemental Responses to Defendant Joel Bemis's First Set of Interrogatories

Exhibit 70 – Plaintiff Juan Hernandez's Supplemental Responses to Defendant Joel Bemis's First Set of Interrogatories

Exhibit 71 – Plaintiff Rosendo Hernandez's Responses to Defendant Joel Bemis's First Set of Interrogatories

Exhibit 72 – Fields Dep.

Exhibit 73 – ASA Galivan Dep.

Exhibit 74 – Pacheco Dep.

Exhibit 75 – Bandamo Dep.

Exhibit 76 – Vilaro Dep.

Exhibit 77 – Dec. 30, 1998, GJ Trans., In re: John Doe Investigation (filed under seal)

Respectfully submitted,

BORKAN & SCAHILL, LTD.

/s/ Graham P. Miller

*One of the Attorneys for Defendant Reynaldo Guevara*

Steven B. Borkan
Timothy P. Scahill
Graham P. Miller

4

Christiane E. Murray
Special Assistants Corporation Counsel
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
THE SOTOS LAW FIRM, P.C.

/s/ Kyle Christie

*One of the Attorneys for Defendants Robert Biebel, Joel Bemis, and Geri Lynn Yanow, as Special Representative for Ernest Halvorsen, deceased and Robert DeGraff, deceased*

James G. Sotos
Josh M. Engquist
Jeffrey R. Kivetz
Kyle T. Christie
Jeffrey C. Grossich
Kylie R. Dodd
THE SOTOS LAW FIRM, P.C.
141 W. Jackson Blvd., #1240A
Chicago, IL 60604
(630) 735-3300