**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JUAN AND ROSENDO HERNANDEZ,       ) | |
|              *Plaintiff,*        ) | Case No. 23-cv-01737 |
|       ) | Honorable Jeremy C. Daniel |
|       *v.*      ) | District Judge |
|       ) | |
| THE CITY OF CHICAGO, et al.,      ) | |
|           *Defendants.*      ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Defendant City of Chicago by and through its attorneys ***Rock Fusco & Connelly, LLC***, hereby moves for leave to withdraw the appearance of Andrew J. Grill as its counsel, stating:

1.      Andrew J. Grill filed his appearance as an attorney for the Defendant City of Chicago, on April 19, 2023. *See* ECF No. 011.

2.      Andrew J. Grill is no longer an attorney at ***Rock Fusco & Connelly, LLC***.

3.      Eileen E. Rosen, Theresa B. Carney, Catherine M. Barber, Austin G. Rahe, Lauren M. Ferrise, Sabrina A. Scardamaglia, Martin W. McManaman, and Jacob H. Karaca will remain as counsel for the Defendant City of Chicago.

WHEREFORE, Defendant City of Chicago respectfully requests that this Honorable Court grant its Motion and enter an order withdrawing Andrew J. Grill's appearance as its counsel in this matter, and for any other relief it deems just.

Dated:   April 23, 2026             Respectfully submitted,

                                         By:*/s/ Eileen E. Rosen_____*
                                         *Special Assistant Corporation Counsel*
                                         *One of the Attorneys for the City of Chicago*

1

Eileen E. Rosen
Theresa B. Carney
Catherine M. Barber
Austin G. Rahe
Lauren M. Ferrise
Sabrina A. Scardamaglia
Martin W. McManaman
Jacob H. Karaca
**Rock Fusco & Connelly, LLC**
333 West Wacker Drive, 19th Floor
Chicago, Illinois 60606
312.494.1000
312.494.1001- fax
erosen@rfclaw.com