IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN HERNANDEZ AND ROSENDO HERNANDEZ, et al. | ) ) ) | Case No. 23-cv-1737 |
| *Plaintiffs,* | ) ) ) | Hon. Jeremy C. Daniel, District Judge |
| *v.* | ) ) | |
| REYNALDO GUEVARA, et al. | ) ) | Hon. Heather K. McShain, Magistrate Judge |
| *Defendants.* | ) ) | |
| | ) ) | **JURY TRIAL DEMANDED** |
| | ) ) | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
SUMMARY JUDGMENT RESPONSES**

Plaintiffs Juan and Rosendo Hernandez, through their counsel, respectfully request that this Court extend the deadline for the filing of Plaintiffs' responses to Defendants' summary judgment motions until June 19, 2026, two weeks after the completion of the upcoming trial in which the parties' respective counsel are participating. In support of this request, Plaintiffs state:

1. Counsel for Plaintiffs and Defendants in this matter have a trial scheduled to begin on May 11 in another Guevara case, *Reyes v. Guevara*, et al., 1:18 Civ. 1028 (N.D. Ill.). The Final Pretrial Conference is scheduled for April 30. The trial is expected to last four weeks, through June 5. The parties have been diligently preparing for the pre-trial conference and trial in that matter, and the primary and lead attorneys for Plaintiffs in this matter (and Defendants) will be participating in the *Reyes* trial.

2. On April 6, 2026, Defendants filed their summary judgment and *Daubert* motions in this matter. In total, Defendants filed four summary judgment motions, supported by 91 pages

of briefs and 3 statements of fact—as well as 3 *Daubert* motions. In total, Defendants filed over 259 pages of briefing.

3. Plaintiffs' responses to these motions are all due on May 6, just five days before the *Reyes* trial is set to begin. Defendants' replies are due May 27, while the *Reyes* trial is still ongoing.

4. Accordingly, given the immense ongoing preparations for the *Reyes* trial, and the remaining briefing schedule in this matter falling immediately before and during the *Reyes* trial, Plaintiffs request an extension to June 19, with a commensurate extension of Defendants' reply deadline to July 10.

5. This will give Plaintiffs two weeks from the conclusion of the *Reyes* trial to complete their summary judgment and *Daubert* responses. It will also give Defendants' counsel an opportunity to file their replies after the completion of the *Reyes* trial.

6. This motion will not threaten a trial setting, as there is no pending trial date in this matter.

7. Plaintiffs contacted Defendants about this request. They do not oppose this motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order amending the summary judgment schedule to provide that Plaintiffs' responses to Defendants' summary judgment and Daubert motions are due on June 19, and Defendants' replies are due on July 10, 2026.

RESPECTFULLY SUBMITTED,

**JUAN HERNANDEZ** and **ROSENDO HERNANDEZ**

2

/s/ Anand Swaminathan
*Counsel for Plaintiffs*

Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)