**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Juan Hernandez, et al.

                                    Plaintiff,

v.                                                          Case No.: 1:23–cv–01737
                                                            Honorable Jeremy C. Daniel

Reynaldo Guevara, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 30, 2026:

        MINUTE entry before the Honorable Jeremy C. Daniel: The plaintiffs' motion for an extension of time [314] is denied. The plaintiffs cite an upcoming trial in another matter and the resetting of the trial date in this case as grounds for the extension. Judge Seeger set the other matter for a May 2026 trial on November 4, 2025. (Case No. 18–cv–01028, Dkt. No. 821.) I set the dispositive motion schedule in this case on February 3, 2026. (Dkt. No. 263.) That was after the defendants filed a motion for a dispositive motion schedule (Dkt. No. 260) and after the plaintiffs responded "Should the Court permit the filing of summary judgment motions, Plaintiffs will be prepared to respond in accordance with the schedule set by the Court." (Dkt. No. 262 at 2.) The time to consider upcoming conflicts was then. The only thing that has changed in the interim is that I have stricken the September 2026 trial date. As I previously explained, "that was not an invitation to reset the dispositive motion schedule." (Dkt. No. 273.) The plaintiffs have not shown good cause or exceptional circumstances warranting a change to the dispositive motion schedule. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.