# MONELL EX. 60

## FILED CONVENTIONALLY