# EXHIBIT 43

## Filed Conventionally Under
## USB