# EXHIBIT 169

# FILED UNDER SEAL