## AFFIDAVIT

Jondalyn Fields, being duly sworn to, under penalty of perjury, states that the following is true and correct.

1. I was born on August 13, 1969, and live in Chicago.

2. I understand that this affidavit is being prepared for the cases of *People v. Juan and Rosendo Hernandez*, Cook County No. 97 CR 21329, and that this affidavit may be filled in court in that case.

3. I am making this statement of my own free will. No one had offered, promised, or given me anything in exchange for making this affidavit. No one has threatened me in connection with this affidavit.

### Background

4. In approximately late spring of 1996, I moved from Chicago to Florida but would visit Chicago from time to time. I was in touch with my Chicago friends, including Juan Hernandez, by phone. (I had known Juan for many years, and we briefly dated several years earlier, and we remained friends.) At the end of January, 1998 Fred ("Freddie") Rock, (who I had known for years and had met through Juan) drove down to Florida and brought me and my children back to Chicago. I arrived in Chicago on February 1, 1998, and moved in with Freddie at the home that he owned at 5016 N. Keeler Ave., Chicago.

5. Prior to going to Florida I had known that Freddie Rock was engaged in the drug business, and when I came back I found out that he was working with Joseph Miedzianowski and other Chicago police officers in the drug business. Freddie was also very close to Mohamed Omar, who I also had known from the neighborhood for years, and I also knew was in the drug business. (I also knew Mohamed in that his nephew is a relative to a cousin of mine.)

6. Some of the phones/pagers were registered in my name. When Miedzianowski and the other police officers could not reach the guys, they would call the home landline. Sometimes also Miedzianowski and other police officers would call Freddie's cell phone and Freddie would make me pick-up the cell phone and say that Freddie was not home.

7. When Freddie's drug buddies or the police came to the house they would go to the basement to talk business outside of my presence.

8. I was a mother with six children and I did not want to be involved with the police. I told the guys that if the house was raided I would tell the police what I knew because I did not want to jeopardize my children.

### My Encounters with Guevara, Miedzianowski and Woodall

9. I first met Chicago Police Detective Guevara in about August, 1994. I was pregnant and he came to the front door of my home at Sawyer and Wrightwood looking for my then boyfriend and future ex-husband, Peter Cotto. I asked him for a warrant and he responding by pulling a gun and pointing it at me and demanding that I let him in. Also with Guevara were more than a dozen CPD Officers, including Officer Bemis ("the B Man"), Officer Woodall, Detective Wojcik, and Detective Galligan. They arrested Pete and I followed the police to the station. When I got home hours later I found out that the police had entered and ransacked the apartment. No charges arose out of the arrest or search.

AR-L 146326

10. I next saw Guevara at the Mega Mall in approx. February, 1998. He was at the food court at a restaurant that I understood to be owned by Mohamed Omar. He was in plain clothes with some dudes from the neighborhood. Freddie pointed out and identified him as Guevara and I got upset because of my previous experience with him. I didn't want to be around him, so Freddie and I left right away.

11. Guevara would also call the house. The first time that I spoke with him he identified himself as "Ray." I later asked Freddie if Ray was Guevara, and he said yes. When Ray called he would say, "let me speak with Freddie." He would also call Freddie's cell phone and sometimes Freddie would make me pick it up. After a few calls I came to recognize Guevara's voice.

12. I also saw Chicago Police Detective Joe Miedzianowski at Omar's restaurant at the Mega Mall in approximately February, 1998 and at Freddie's house, though typically Joe would call and say that he was outside and ask Fred to come outside. Miedzianowski would call the cordless house phone sporadically in bunches, when he was trying to reach the guys. He would give me messages to give to Fred, such as "tell Freddie to meet me at the car wash", "Tell Freddie to come talk with me behind the house." When calling, he identified himself as "Joe Blow".

13. I also would see the B Man (Officer Joel Bemis) hanging out at the Mega Mall with Miedzianowski and his plain clothes police officer cronies.

14. I also met Officer Woodall. He was bug-eyed, sometimes wore glasses and wore his hair combed to the side in a strange way. Woodall came to the house after the March 4, 1998 incident described below. I had not seen him before.

<u>The March 4, 1998 Incident</u>

15. On a date that I now know to be March 3, 1998, I went with Freddie to my aunt's two flat near 35th and Western and introduced Freddie to Arturo ("Gino") Garza who lived downstairs. Gino was on house arrest with electronic monitoring. I was present when Gino showed Freddie a sealed kilo of cocaine with a Mexican seal or stamp. Freddie opened up the package and called Mohammed Omar from Gino's house and arranged for a purchase of cocaine to take place the following day.

16. In the late evening of the next day, on March 4, 1998 Gino came into our home. He had a school-type backpack on his back.

17. Soon after he got there Muhammed Omar called the landline (a cordless phone). I picked up the phone and gave it to Freddie. I heard Freddie say "are you ok?" Freddie then told Gino, who was in the house, that Muhammed Omar had said that he had been in a car accident at Palmer and Kostner and was waiting for police. Freddie also told Gino that Mohamed said "set it up for tomorrow". Muhammed Omar was faking it but I did not know it at the time. Freddie said to Gino words to the effect, "Man, Bro, we are going to have to set-it for another day."

18. While Gino was still there, another call came in on the landline which I answered and the caller told me to "tell Freddie, let's rock and roll" and asked to speak to Freddie. At this point Freddie was in the back room showing Gino his religious paraphernalia. I pulled Freddie into the bedroom and said to him words to the effect of "what the fuck? What's going on?" Freddie said, "I'll explain to you later." I later figured out that the cops were trying to get Gino

2

AR-L 146327

out of the house so that they could pull him over after leaving and rob him, which they did through the made-up story about Mo having gotten into a car accident.

19. About an hour after Gino left, there was another call that Freddie answered. After hanging up, Freddie said to me words to the effect, "oh my God, they said that they were going to rob us", and that Gino had come to the house that day with a gun and sugar. I said to Freddie, "bull shit" and got into an argument with him. I also called my aunt who said that is something that Gino never would have done.

<u>The Next Day and the Following Days</u>

20. The next day, (which I now know to have been March 5, 1998), the house phone rang and I answered and the caller said that he was in back. Freddie went outside and met someone in the alley. Afterwards Freddie returned to the house with same kilo that I had seen the day before tucked under his shirt. I knew it was the same kilo because I recognized the Mexican stamp. When Freddie came in the house he told me words to the effect that Woodall needed X amount of money by Y date. (At this point there was a cocaine "dry spell" or drought on the North Side.)

21. I was furious because I could see that the whole story about sugar and that Gino was going to rob us was a lie. I yelled at Freddie and told him that he had better take that shit out of here which he did by hiding the kilo in the basement. That night I got an apartment from another aunt, at 26th and Central Park, but the apartment was not available for possession for several weeks.

22. The following day, (which I now know to have been March 6, 1998), I took my kids to kindergarten. In the late morning when I got back, Freddie was sleeping. The landline phone rang. I picked it up and Miedzianowski said "open the back door." Miedzianowski, Woodall and at least one other person went into basement to talk.

23. In the following days and weeks Miedzianowski started calling the home line repeatedly, asking for money from Fred. I picked up the phone a few times and Miedzianowski would say said words to the effect "tell Freddie I want my money." Freddie was not answering the phone in the days following the incident and Freddie would tell me to tell Joe that he wasn't home.

<u>The March 23, 1998, Shooting Death of Eloy Garza and the Following Days</u>

24. A few weeks later I learned of the shooting of Gino's brother, Eloy. My cousin was friends with Gino and Eloy, and rumors were flying on the street that I had set up Gino and that his brother had been "popped" (shot) by the police.

25. At about the same time period a call came in on the landline. I answered the phone and recognized the Woodall's voice. Woodall basically said to me, "tell Freddie that I am out in back and to come down." I was on a cordless phone and I went to the back window and looked down and saw Woodall and Guevara sitting in a four-door gray or green truck in the alley by the back gate. Freddie went downstairs and got in the truck.

<u>I Move Out and Later Questioning by FBI and U.S. Attorney</u>

26. A few days later someone spray painted on the garage "FBI is watching you" and I got the hell out of there. I moved in such a hurry that I left my things in the house and stayed away.

3

AR-L 146328

27. In early 1999, I was picked-up and held at the federal building in Chicago for 2-3 days. With my lawyer, Bill Cohen, present I was questioned by the FBI and U.S. Attorney Brian Netols and shown photographs and answered their questions as my lawyer directed. I then testified in front of a grand jury where I took the Fifth Amendment. The US Attorney's Office never charged me with anything.

**JURAT**

State of Illinois, County of Cook.

Jondalyn Fields

Subscribed to and sworn to before me __18TH__ day of __JANUARY__, 2018.

_____
Notary Public.
My notary commission expires on __6/8/18__

OFFICIAL SEAL
PETER J ROMB
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/08/18

4

AR-L 146329