**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JUAN HERNANDEZ, et al. | ) | Case No. 23-cv-1737 |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | Hon. Jeremy C. Daniel, |
| | ) | District Judge |
| | ) | |
| *v.* | ) | Hon. Heather K. McShain, |
| | ) | Magistrate Judge |
| REYNALDO GUEVARA, et al. | ) | |
| | ) | |
| *Defendants*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE AN OVERSIZED BRIEF**

1.      In email correspondence prior to the filing of the parties' Motions for Summary Judgment, Plaintiffs agreed to a limit of 200 total paragraphs for their Statement of Additional Facts if Defendants sought 300 total paragraphs for the City's, Individual Defendants', and Officer Miedzianowski's Statements of Fact. (See Exhibit 1.)

2.      Defendants then filed a motion for leave seeking permission for over 400 statements of fact across all defendants, which the Court granted. (Dkt. 277, 279.)

3.      Across the City's Statement of Facts (Dkt. 296), the Individual Defendants' Statements of Facts (Dkt. 297), and Defendant Miedzianowski's Statements of Fact (Dkt. 286), Defendants filed over 400 paragraphs.

4.      Given that Defendants exceeded the size of filings the parties originally discussed, Plaintiffs request a proportionate increase in the size of their Statement of Facts filing to correspond to the size of Defendants' filed Statements of Facts.

5.      Based on Defendants' projection of 300 total paragraphs, Plaintiffs sought 200 total paragraphs (or two-thirds of Defendants' total), an expansion for both sides that the parties

mutually agreed upon. A proportionate response to Defendants' 463 paragraph filing, at the agreed proportion of two-thirds, would grant Plaintiffs 308 total paragraphs in support of their individual and *Monell* claims, in response to the Defendants' three motions for summary judgment. Therefore, Plaintiffs move for leave to file up to 308 total paragraphs of Statements of Fact.

6. This motion is not brought for any improper purpose. No prejudice will result to any party by the granting of this motion.

WHEREFORE, Plaintiffs respectfully request that this Court enter an order granting them leave to file an oversized Additional Statement of Facts of up to 308 paragraphs.

RESPECTFULLY SUBMITTED,

**JUAN HERNANDEZ** and **ROSENDO HERNANDEZ**

/s/ Anand Swaminathan
*Counsel for Plaintiffs*

Anand Swaminathan
Steve Art
Sean Starr
Alyssa Martinez
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
(312) 243-5900 (phone)