**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Juan Hernandez, et al.
Plaintiff,
v.
Reynaldo Guevara, et al.
Defendant.

Case No.: 1:23−cv−01737
Honorable Jeremy C. Daniel

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2026:

MINUTE entry before the Honorable Jeremy C. Daniel: Pursuant to the parties' stipulation of dismissal [368], this matter has been settled and the claims related to this cause are dismissed without prejudice. The dismissal will automatically convert to dismissal with prejudice on October 30, 2028, unless a party moves to extend that date prior to October 28, 2028. Each side shall bear its own costs and attorneys' fees. Civil case terminated. Mailed notice. (vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.